IN THE UNITED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

MWC LIVING, LLC, a Delaware limited
liability company and MELIORSE, LLC,
a Delaware limited liability company,

      PETITIONERS,

                                               CIVIL ACTION 21-1067

      v.

ECONOMIC ALPHA, LLC, a Florida
Limited liability company,

      RESPONDENT.
_____/

## PETITION FOR JUDICIAL RELIEF TO DETERMINE ARBITRABILITY AND STAY OF ARBITRATION

Petitioners, MWC Living, LLC and Meliorise LLC hereby seek a determination from this Court that the JAMS, Inc. Arbitration Claim initiated by Respondent, Economic Alpha, LLC Michael ("Economic Alpha") is not subject to arbitration and for the Court to stay arbitration.

## THE PARTIES, JURISDICTION, AND VENUE

Petitioners seek a judicial determination from this Court that Economic Alpha's arbitration demand filed with the JAMS, Inc., is not subject to arbitration and for the Court to Stay arbitration pursuant to §682.03(4) Fla. Stat.

## INTRODUCTION

1.     Economic Alpha, LLC, (Respondent) filed an arbitration action against two parties, Petitioners, MWC Living, LLC and Meliorise, LLC. The Demand for Arbitration ("Arbitration Claim") is attached hereto as Exhibit A (without Exhibits).

2.     The Arbitration Claim alleges a breach of contract and breach of good faith and fair dealing.

3.      Respondent filed its Arbitration Claim with JAMS, Inc., on or about September 22, 2021.

No answer or other pleading has been submitted by Petitioners in the JAMS, Inc. arbitration claim.

4.      As expressed further herein below, neither of the Petitioners is a party to any written

agreement with Respondent pursuant to which there is an arbitration provision.

5.      Petitioners seek an order from this Court pursuant to FRCP 65 enjoining Respondent from

seeking to arbitrate a dispute between the parties.

## PARTIES

6.      Petitioner MWC Living LLC ("MWC Living"), is a Delaware limited liability company,

and has its principal place of business in Wilmington, Delaware.  It provides e-learning and

educational services to resellers, relating to financial trading.  MWC Living has no members

living in or otherwise citizens of any State within the United States.

7.      Petitioner Meliorise, LLC ("Meliorise") is a Delaware limited liability company with its

principal place of business in Lewes, Delaware.  Meliorise has no members living in or

otherwise citizens of any State within the United States.  Meliorise is a separate company from

MWC Living LLC, and is not a subsidiary.  Meliorise is a company a consumer focused

company.

8.      Economic Alpha, is a limited liability company formed under the laws of Florida.  Upon

information and belief, its principal place of business is in Florida, and its two sole members are

citizens of Florida and Wisconsin.

**JURISDICTION AND VENUE**

9.      This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1), in that this is a civil action between citizens of State Delaware and citizens of Florida and Wisconsin and the amount in controversy exceeds $75,000, exclusive of interest and costs.

10.      Venue is proper in this judicial district pursuant to 28 U.S.C. §1391 as Defendant Economic Alpha resides in this judicial district.

**FACTS**

11.      On February 28, 2020, Cory Kromray contemporaneously entered into a series of contracts with MWC Living, including an Independent Brand Promoter Agreement, Company Financial Rewards Plan, Terms of Use, Company Privacy Policy, and Policies and Procedures (collectively the "Agreement"). See Ex. A, Par. 37. He did this by registering online as an agent through the MWC Living, LLC website and electronically consenting to the entry of the aforementioned agreements. Attached hereto as Exhibit B, is a true and correct copy of the electronic signature pursuant to which MWC Living entered into the Agreement with Cory Kromray, dated February 28, 2020.

12.      The Policy and Procedures Agreement that he entered into provides, in relevant part, that any claim or controversy or dispute of whatever nature arising "shall be settled through arbitration in accordance with the then prevailing Comprehensive Arbitration Rules of JAMS, Inc." See Section 14.2 of the Policies and Procedures agreement attached as Exhibit C hereto.

13.      While Cory Kromray subsequently utilized Economic Alpha as his outward facing social media platform to market MWC Living educational products, for approximately the next year,

MWC Living never entered into any contract with Economic Alpha.[1]  Mr. Kromray, upon information and belief, transferred control of Economic Alpha to another person, named "Thomas Then" in early 2021.  On or about March 18, 2021, Mr. Kromray resigned and terminated his relationship with MWC Living.  The Policies and Procedures have significant restrictions on assignment of MWC Living Independent Brand Influence transfers, requiring "prior written approval", and if seeking to assign to a corporate entity, a long list of corporate formalities.  (See Exhibit C, par. 11.5 A, B& E)

Thereafter, MWC Living, briefly considered contracting with Economic Alpha, but decided against it due to wrongful actions of Economic Alpha (including disparagement of MCW Living) and the failure of Economic Alpha to have followed certain corporate pre-requisites.

14.	MWC Living then sent a cease and desist letter, directed to Cory Kromray, asserting that he was in breach of certain provisions of the Agreement.  Months later, the entity Economic Alpha filed its Arbitration Complaint against the Petitioners.

15.	Beyond a conclusory assertion in the Arbitration Complaint that Economic Alpha entered into the Agreement with MCW Living, there are no documents evidencing same in the exhibits attached to the Arbitration Complaint.  Moreover, as noted above, MCW Living retained the electronic record reflecting that only Cory Kromway was a party to the Agreement with MCW Living.  (See Ex. B).  Finally, the Petitioners have not otherwise consented to having any dispute with Economic Alpha or Meliorise, LLC arbitrated with respect to Respondent.

---

[1]  At some point in time, Cory Kromray unilaterally accessed MWC Living's Independent Brand Influencer back-office website to have his commission payments paid to Economic Alpha, but that was a unilateral act and there were no actions taken by him or MWC Living to formalize any contractual relationship between MWC Living and Economic Alpha.

## Applicable Law

16.     The question of arbitrability is for the Court. *AT&T Techs., Inc. v. Commc'ns Workers of Am.,* 475 U.S. 643, 649, 106 S.Ct. 1415, 89 L.Ed.2d 648 (1986) ("[T]he question of arbitrability ... is undeniably an issue for judicial determination. Unless the parties clearly and unmistakably provide otherwise, the question of whether the parties agreed to arbitrate is to be decided by the court, not the arbitrator.")

17.     The Florida Arbitration Code controls states, in relevant part:

> (2) On motion of a person alleging that an arbitration proceeding has been initiated or threatened but that there is no agreement to arbitrate, the court shall proceed summarily to decide the issue. If the court finds that there is an enforceable agreement to arbitrate, it shall order the parties to arbitrate.
>
> (3) If the court finds that there is no enforceable agreement to arbitrate, it may not order the parties to arbitrate pursuant to subsection (1) or subsection (2).

§ **682**.03, Fla. Stat. (2020).

18.     Indeed, too, the Federal Arbitration Act, only applies to:

> A written provision in any maritime transaction or a contract evidencing a transaction involving commerce to settle by arbitration a controversy thereafter arising out of such contract or transaction, or the refusal to perform the whole or any part thereof, or *an agreement in writing to submit to arbitration an existing controversy arising out of such a contract*, transaction, or refusal, shall be valid, irrevocable, and enforceable, save upon such grounds as exist at law or in equity for the revocation of any contract. (Emphasis added).

9 U.S.C. §§ 1-14

19.    Absent circumstances that are not alleged in an arbitration complaint, a party cannot be required to arbitrate if there is no arbitration contract. *Seifert v. U.S. Home Corp.,* 750 So. 2d 633, 636 (Fla. 1999). "No party may be forced to submit a dispute to arbitration that the party did not intend and agree to arbitrate." *Id.; Prudential-Bache Securities, Inc. v. U.S. Optical Frame Co.,* 534 So. 2d 793, 795-796 (Fla. 3d DCA 1988). In the absence of a contract where both parties have agreed to arbitration, courts are powerless to compel arbitration. *Liberty Communications, Inc. v. MCI Telecommunications Corp.,* 733 So. 2d 571, 573-574 (Fla. 5th DCA 1999); *Johnson v. Pires,* 968 So. 2d 700, 701-702 (Fla. 4th DCA 2007); *Tartell v. Chera,* 668 So. 2d 1105, 1106 (Fla. 4th DCA 1996).  Moreover, despite its liberal policy, the Federal Arbitration Act (upon which Respondent must surely rely on) "does not require parties to arbitrate when they have not agreed to do so." *Volt Info. Scis., Inc. v. Bd. of Trs*., 489 U.S. 468, 478 (1989). Rather, courts must enforce agreements to arbitrate, like other contracts, in accordance with their terms. *Id*. Before the FAA can be invoked, a court must determine whether the parties reached an agreement to arbitrate. *Avedon Eng'g, Inc. v. Seatex*, 126 F.3d 1279, 1287 (10th Cir. 1997).

20.    Unless Economic Alpha is enjoined from pursuing its claims in arbitration, MWC Living and Meliorise, LLC will suffer irreparable harm because it will be forced to arbitrate a dispute it has not agreed to arbitrate. If the arbitration were to proceed, Petitioners will incur the substantial time and expense in defending itself in the arbitration proceeding, or risk an adverse outcome in those proceedings. Being compelled to arbitrate a dispute where the parties have not agreed to arbitrate constitutes irreparable harm.

21.    The balance of equities here tips decidedly in Petitioners' favor.

22.    By reason of the foregoing, the court should issue an order enjoining arbitration of the dispute between the parties.

WHEREFORE, Petitioners respectfully requests that this Court:

1. Issue an order enjoining respondent Economic Alpha, LLC from prosecuting arbitral proceedings against MWC Living, LLC and Meliorise, LLC;

2. Awarding MWC Living, LLC and Meliorise, LLC the costs and fees associated with the prosecution of this action, including reasonable attorneys' fees, together with such other, further or different relief as this Court deems just and proper in the circumstances.

Respectfully submitted,

**DICKINSON WRIGHT PLLC**
350 East Las Olas Blvd., Suite 1750
Fort Lauderdale, FL 33301
Tel.: (954) 991-5420
Fax: (844) 670-6009

/s/ Vijay G. Brijbasi

Vijay G. Brijbasi , Esq.
Florida Bar No. 15037
Email vbrijbasi@dickinson-wright.com

7