IN THE UNITED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

MWC LIVING, LLC, a Delaware limited
liability company and MELIORSE, LLC,
a Delaware limited liability company,

    PETIONERS,

                                                           CIVIL ACTION _____

    v.

ECONOMIC ALPHA, LLC, a Florida
Limited liability company,

    RESPONDENT.

_____/

EXHIBIT A

Matthew G. Grimmer (Utah Bar No. 9692)
  mgrimmer@grimmer.law
**GRIMMER LAW GROUP, PC**
UCCU Financial Center
3333 N. Digital Drive, Suite 460
Lehi, Utah 84043
Telephone: (801) 341-2075
Facsimile: (801) 341-2076

*Attorneys for Claimant Economic Alpha, LLC*

**ARBITRATION PURSUANT TO**
**JAMS COMPREHENSIVE ARBITRATION RULES AND PROCEDURES**

| | |
|---|---|
| ECONOMIC ALPHA, LLC, a Florida limited liability company,<br><br>                 Claimant,<br><br>       v.<br><br>MWC LIVING, LLC, a Delaware limited liability company, MELIORISE, LLC, a Delaware limited liability company, BE, BE Factor,<br><br>                 Respondents. | **DEMAND**<br><br>Arbitration No. _____<br><br>Arbitrator: _____ |

Claimant ECONOMIC ALPHA, LLC, a Florida limited liability company, makes this demand against Respondents MWC LIVING, LLC, MELIORISE, LLC, BE, BE FACTOR, and alleges as follows:

**PARTIES, JURISDICTION AND VENUE**

1. Claimant ECONOMIC ALPHA, LLC ("Claimant" or "EA") is a Florida limited liability company with its principal place of business in Jacksonville Beach, Florida.

2. Respondent MWC LIVING, LLC ("Respondent" or "MWC") is a Delaware limited liability company with its principal place of business in Wilmington, Delaware.

3. Respondent MELIORISE, LLC ("Respondent" or "Meliorise") is a Delaware limited liability company with its principal place of business in Lewes, Delaware.

4. Be, or Be Factor, is/are the d/b/a or assumed names or connected entities for one or both of MWC and Meliorise. Collectively, MWC, Meliorise, Be, and Be Factor shall be referred to herein as "Respondents" or "Be".

5. <u>Jurisdiction</u>: Claimant and Respondents entered into an agreement, effective as of January 1, 2021, referred to as the Policies and Procedures, wherein Claimant and Respondents agreed, pursuant to Section 14.2 (Dispute Resolution), that "[a]ny controversy, claim or dispute of whatever nature arising" "shall be settled through arbitration" "in accordance with the then-prevailing Comprehensive Arbitration Rules of JAMS, Inc." which includes Claimant's claims set forth in this Demand.

6. <u>Venue</u>: Claimant and Respondents agreed, pursuant to Section 14.2 (Dispute Resolution), to pursue arbitration "in Wilmington, Delaware" before "a panel of three arbitrators" where the "Dispute[] [is] in excess of $2 million."

## GENERAL ALLEGATIONS

*Background Information*

7. On November 27, 2019, Thomas Then ("Tommy") and Cory Kromray ("Cory") created and registered EA (Economic Alpha, LLC) with the Florida Division of Corporations.

8. In early 2020, Cory and Tommy registered EA as an Independent Brand Promoter with BE including by EA entering into the BE Independent Brand Promoter Agreement and the BE Policies and Procedures, the BE Terms of Use, the BE Privacy Policy, and the BE Financial Rewards Plan (collectively, the "Agreement"). The Agreement is attached hereto as **Exhibit A**,

including the Independent Brand Promoter Agreement at **Exhibit A**, the BE Policies and Procedures as *Exhibit A-1*, the BE Terms of Use as *Exhibit A-2*, the BE Privacy Policy as *Exhibit A-3*, and the BE Financial Rewards Plan as *Exhibit A-4*.

9. Upon entering into the Agreement, BE assigned to EA its Business Center ID No. 23006 for BE's internal systems and identification of EA's position within BE's organization.

10. On April 8, 2020, BE completed its first payment to EA under Business Center ID No. 23006 as compensation for EA's performance of its obligations under the Agreement.

11. BE continued to make payments to EA, in accordance with the terms of the Agreement between BE and EA, throughout the remainder of the year 2020. BE did not make payments under the Agreement to Cory or Tommy, in 2020.

12. In total, in 2020, BE paid EA $755,961.60 under the Agreement, in accordance with, and for, EA's performance under the Agreement.

13. BE paid EA at EA's bank account which is further supported by the fact that BE sent EA a Form 1099 tax document allocating taxable income to EA's tax identification number XX-XXX9261.

14. BE knew at all times that EA entered into the Agreement and held the position in the downline, as evidenced by the fact that EA's federal tax identification number XX-XXX9261 is listed in BE's back-office software system.

15. During 2021, EA continued performing all obligations under the Agreement.

16. During the first part of 2021, BE continued making payments to EA pursuant to EA's performance of its obligations under the Agreement.

17. On March 17, 2021, Tommy participated in a Zoom video-conference meeting with Monirul Islam, one of BE's officers and directors, and informed Mr. Islam that Tommy was buying Cory out of EA (not buying Cory out of EA's position at BE), but that EA was continuing to perform under the Agreement, and confirmed that EA was still in its original position in BE's downline tree and that EA was not being replaced in BE's genealogy downline tree.  Additionally, Tommy confirmed he would continue all obligations to the EA team (as he had been doing the entire year) as the sole owner of EA.

18. On March 18, 2021, Mr. Islam requested a formal letter from Cory regarding Cory's sale of Cory's portion of EA to Tommy to confirm Cory's disengagement from EA.  *See* Mr. Islam's Text Messages, attached hereto as **Exhibit B**.

19. On March 18, 2021, Mr. Islam informed Tommy via text message that BE and BE's officers and directors "evaluate [EA's] account is worth more than $3 million as minimum."  *See* Mr. Islam's Text Messages, attached hereto as **Exhibit B**.

20. On March 18, 2021, Mr. Islam announced to the group of BE's top promoters that Tommy acquired Cory's interest in EA and that Tommy was staying with EA to continue building EA and its downline within BE.  *See* Mr. Islam's Text Messages, attached hereto as **Exhibit B**.

21. On March 19, 2021, Cory sent BE the letter Mr. Islam requested on March 18, 2021.

22. On March 22, 2021, BE's legal department confirmed receipt of Cory's March 19, 2021 letter, and confirmed that BE had accepted Cory's letter confirming his separation from EA.

23. Between March 22, 2021 and April 7, 2021, EA repeatedly reached out to BE by email and text message confirming Cory's termination of affiliation with EA's business in BE's internal documents and for recognition purposes, after the BE legal team told Tommy that they accepted Cory's separation from EA.

24. As at all times previous, EA continued between March 22, 2021 and April 7, 2021 to work and do business as usual and to fulfill all of its obligations under the Agreement.

25. On April 7, 2021, BE locked EA out of BE's online back-office software system thereby preventing EA from checking its sales amounts, commissions owed, and other important information necessary to perform EA's obligations under the Agreement.

26. Around April 1, 2021, BE withheld EA's commissions with no resolution or explanation.  EA repeatedly reached out to Mr. Islam, the legal team, and to customer service by email and WhatsApp messaging to try to get answers relating to why his commissions had not been paid when everyone else in his team had received their commissions.

27. On or about April 7, 2021, BE breached the Agreement by:

   a. Failing to pay EA the amounts owed by BE pursuant to the Agreement;

   b. Failing to provide EA access to BE's back-office software system so EA could have the information necessary to perform EA's obligations and continue to build its business; and

   c. Removing EA from EA's valuable position within BE's downline, which position BE valued at $3,000,000.00, minimum; and/or, removing Independent Brand Promoters from EA's downline thereby eviscerating EA's downline within BE and its value, which BE valued at $3,000,000, minimum.

28. At all times, EA complied with all provisions of the Agreement.

29. At all times, EA performed all obligations under the Agreement.

30. BE willfully, intentionally, and maliciously breached the Agreement and harmed EA.

31. As a result of BE's breach of the Agreement, EA has been harmed in the amount of not less than $3,000,000.00.

## FIRST CLAIM FOR RELIEF
(Breach of Contract and the Covenant of Good Faith and Fair Dealing)

32. EA incorporates and re-alleges the allegations above as though fully set forth herein.

33. BE entered in to and is bound by the Agreement.

34. At all relevant times herein, EA performed the obligations and duties required of it by the Agreement with BE.

35. BE breached the Agreement by failing to conform to and perform the terms of the Agreement, including by failing to pay EA pursuant to the terms of the Agreement.

36. BE breached its covenant of good faith and fair dealing by interfering with and preventing the benefits under the Agreement from being realized by EA.

37. The breach of the Agreement by BE caused damages to Claimant in the amount of not less than $3,000,000.00.

38. The breach of the covenant of good faith and fair dealing by BE caused damages to EA in the amount of not less than $3,000,000.00.

## PRAYER FOR RELIEF

WHEREAS, Claimant Economic Alpha, LLC, prays for relief against Respondents MWC Living, LLC, Meliorise, LLC, BE, and Be Factor as follows:

a. On the FIRST CAUSE OF ACTION for breach of contract and breach of the covenant of good faith and fair dealing for a judgment against Respondents awarding Claimant such amounts lost resulting from Respondents' breach of contract and breach of the covenant of good faith and fair dealing in an amount to be determined at trial, not less than $3,000,000.00, and post-judgment interest thereon; and

b. That Claimant Economic Alpha, LLC be determined to be the prevailing party in this dispute with Respondents MWC Living, LLC, Meliorise, LLC, BE, and Be Factor, and be awarded its reasonable attorneys fees and costs; and

c. Any other relief the Arbitrator deems reasonable and just.

DATED: September 21, 2021.

GRIMMER LAW GROUP, PC

_____
Matthew G. Grimmer
*Attorneys for Claimant*
*Economic Alpha, LLC*