IN THE UNITED DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

MWC LIVING, LLC, a Delaware limited
liability company and MELIORSE, LLC,
a Delaware limited liability company,

    PETIONERS,

                                               CIVIL ACTION _____

    v.

ECONOMIC ALPHA, LLC, a Florida
Limited liability company,

    RESPONDENT.

_____/

EXHIBIT B

# Be Shop Admin

## Logs

| ID | Name | Type | User IP Address | Date |
|---|---|---|---|---|
| 23006 | Cory Kromray | Registration | 73.224.209.174 | 03/01/2020 |

🔍 23006   SEARCH   CLEAR

**Date:** 29/02/2020
**Account type:** IBP
**Customer ID:** 23006
**Login Name:** Alpha1
**Name:** Cory Kromray
**Email:** support@economicalphas.com
**Country Resident:** United States
**IP Address:** 73.224.209.174
**Site:** shop.bebackoffice.com

*Signed Agreements*
**Terms of services agreement:** True
**Privacy policy:** True
**Policies and Procedures:** True
**GDPR policy:** True
**Terms of Use:** True
**IBP Agreement:** True
**Compensation Plan:** True

Rows

SYNC SERVICES