IN THE UNITED DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

MWC LIVING, LLC, a Delaware limited
liability company and MELIORSE, LLC,
a Delaware limited liability company,

       PETIONERS,

       v.

ECONOMIC ALPHA, LLC, a Florida
Limited liability company,

       RESPONDENT.

_____/

CIVIL ACTION _____

EXHIBIT C

# BE

## POLICIES AND PROCEDURES v2.0

### 1.0    INTRODUCTION

### 1.1    Mutual Commitment Statement

MWC Living, LLC  (doing business as "BE" or simply the "Company") recognizes that in order to develop a long-term and mutually rewarding relationship with its independent business owners – distributors (called "Independent Brand Influencers" or "IBIs") – and retail customers ("Customers"), BE and its IBIs must acknowledge and respect the true nature of the relationship.

A.    In the spirit of mutual respect and understanding, BE is committed to:

   I.    Provide prompt, professional and courteous service and communications to all of its IBIs and Customers;

   II.   Provide the highest level of quality products, at fair and reasonable prices;

   III.  Exchange or refund the purchase price of any product, service or membership as provided in our Refund and Cancellation Policy:

   IV.   Deliver orders promptly and accurately;

   V.    Pay commissions accurately and on a timely basis;

   VI.   Expedite orders or checks if an error or unreasonable delay occurs;

   VII.  Roll out new products and programs with IBI input and planning;

   VIII. Support, protect and defend the integrity of the BE sales opportunity; and

   IX.   Offer IBIs an opportunity to grow with BE.

B.    In return, BE expects that its IBIs will:

   I.    Conduct themselves in a professional, honest, and considerate manner;

   II.   Present BE Corporate and product information in an accurate and professional manner;

   III.  Present the Compensation Plan and Refund and Cancellation Policy in a complete and accurate manner;

   IV.   Not make exaggerated income or lifestyle claims, and make all claims with appropriate earning disclaimers;

   V.    Make reasonable effort(s) to support and train IBIs and Customers in their downline;

1

BE

VI.    Not engage in cross-line recruiting, unhealthy competition or unethical business practices;

VII.    Provide positive guidance and training to IBIs and Customers in their downline while exercising caution to avoid interference with other downlines. As such, an IBI is discouraged from providing cross-line training to an IBI or Customer in a different organization without first obtaining the consent of the IBI's or Customer's upline leader;

VIII.    Support, protect, and defend the integrity of the BE sales opportunity; and

IX    Accurately complete and submit the IBI Agreement and any requested supporting documentation in a timely manner.

**1.2    BE Policies and Compensation Plan Incorporated into the IBI Agreement**

Throughout these Policies, when the term "Agreement" is used, it collectively refers to the Earning Disclaimer Statement, BE Policies and Procedures, the Company Privacy Policy, the Compensation Plan, the IBI Agreement, BE Terms of Use and if applicable, the Business Entity Registration Form. It is the responsibility of the Sponsoring IBI to provide the most current version of these Policies and Procedures (available on the BE website) and the BE Compensation Plan to each applicant prior to his, her and/or its execution of the IBI Agreement.

**1.3    Purpose of Policies**

A.    BE is a direct sales company that markets products and services through a network of business owners. To clearly define the relationship that exists between IBIs and BE, and to explicitly set a standard for acceptable business conduct, BE has established these Policies and Procedures.

B.    BE IBIs are required to comply with; (i) all of the Terms and Conditions set forth in the IBI Agreement, which BE may amend from time to time in its sole discretion; (ii) all federal, state and/or local laws governing his, her and/or its BE business; and (iii) these Policies and Procedures.

C.    BE IBIs must review the information in these Policies and Procedures carefully. Should an IBI have any questions regarding a policy or rule, the IBI is encouraged to seek an answer from their Sponsor or any other upline IBI. If further clarification is needed the IBI may contact BE Customer Service.

**1.4    Changes, Amendments, and Modifications**

A.    Because federal, State, and local laws, as well as the business environment, periodically change, BE reserves the right to amend the Agreement and the prices in its BE Product Price List in its sole and absolute discretion. Notification of amendments shall appear in Official BE Materials. Amended provisions shall not apply retroactively to conduct that occurred prior to the effective date of the amendment(s) except where indicated, and only in the event that the IBI expressly agrees to the amendment.

BE

NOTWITHSTANDING ANYTHING TO THE CONTRARY ABOVE, ANY AMENDMENT BY THE COMPANY TO THE DISPUTE RESOLUTION SECTION HEREIN SHALL ONLY TAKE EFFECT UPON AN INDEPENDENT BRAND INFLUENCER'S EXPRESS AGREEMENT TO SUCH AMENDMENT. AN INDEPENDENT BRAND INFLUENCER MAY INDICATE HER OR HIS AGREEMENT TO SUCH PROPOSED AMENDMENT BY FOLLOWING THE INSTRUCTIONS ACCOMPANYING THE PROPOSED AMENDMENT THAT WILL APPEAR WHEN LOGGING IN TO THE CORPORATE WEBSITE OR, THE INDEPENDENT BRAND INFLUENCER'S PERSONAL WEBSITE. COMPANY MAY TERMINATE THE INDEPENDENT BRAND INFLUENCER AGREEMENT OF ANY INDEPENDENT BRAND INFLUENCER WHO DOES NOT AGREE TO A PROPOSED AMENDMENT TO THE DISPUTE RESOLUTION SECTION WITHIN SEVEN (07) DAYS AFTER THE EFFECTIVE DATE OF THE AMENDMENT. ANY SUCH AMENDMENT SHALL APPLY TO ALL CLAIMS BROUGHT BY COMPANY OR THE INDEPENDENT BRAND INFLUENCER ON OR AFTER THE EFFECTIVE DATE OF THE AMENDMENT, REGARDLESS OF THE DATE OF OCCURRENCE OR ACCRUAL OF ANY FACTS UNDERLYING SUCH CLAIM.

B. Any such amendment, change, or modification shall be effective immediately upon notice by one of the following methods:

I. Posting on the official BE website; or

II. Electronic mail (e-mail); or

III. In writing through the BE newsletters or other BE communication channels.

## 1.5   Delays

BE shall not be responsible for delays or failures in performance of its obligations when such failure is due to circumstances beyond its reasonable control. This includes, without limitation, strikes, labor difficulties, transportation difficulties, riot, war, fire, and/or weather, curtailment of a source of supply, or government decrees or orders.

## 1.6   Effective Date

These Policies and Procedures shall become effective as of 1ˢᵗ January 2021 ("Effective Date") and, at such time, shall automatically supersede any prior Policies and Procedures ("Old Policies and Procedures"), and, on that date, the Old Policies and Procedures shall cease to have any force or effect.

## 2.0   BASIC PRINCIPLES

## 2.1   Becoming A BE Independent Brand Influencer

A. To become an IBI, an applicant must comply with the following requirements:

I. Be of the age of majority (not a minor) in his or her state of residence;

3

## BE

II.     Reside or have a valid address in the United States, a U.S. territory, or Canada;

III.    Have a valid taxpayer identification number (i.e. Social Security Number, Federal Tax ID Number, ITIN, etc.);

IV.     Submit a properly completed and signed IBI Agreement to BE;

V.      Not be a BE employee, the spouse of a BE employee or related to an employee of BE and living in the same household as such BE employee;

VI.     Submit payment of BE Starter Kit* or regular basis.

*Note that the fee associated with this Starter Kit is not included in commission payouts.

### 2.2   New Independent Brand Influencer Registration

A.      A potential new Independent Brand Influencer may self-enroll on the Company corporate website or a Sponsor's replicated website. In such event, instead of a physically signed Independent Brand Influencer Agreement, BE will accept the electronic Independent Brand Influencer Agreement by way of web-enrollment and one's "electronic signature". This electronic signature signifies that the new Independent Brand Influencer has accepted the Terms and Conditions of the Independent Brand Influencer Agreement. Please note that such electronic signature constitutes a legally binding agreement between you and the Company.

B.      BE reserves the right to require signed paperwork for any account, regardless of origin.

C.      If BE allows a wet signature then the signed Independent Brand Influencer Agreement must be received by BE within seven (7) days of enrollment to the address provided by it at the time of such authorization.

D.      Signed documents, including, but not limited to, the Independent Brand Influencer Agreement and the Business Entity Registration form, are legally binding contracts which must not be altered, tampered with or changed in any manner after they have been signed. False or misleading information, forged signatures or alterations to any document, including business registration forms, made after a document has been signed may lead to sanctions, up to and including involuntary termination of the Independent Brand Influencer's business.

### 2.3   Rights Granted

A.      BE hereby grants to the IBI a non-exclusive right, based upon the Terms and Conditions contained in the Independent Brand Influencer Agreement and these Policies and Procedures, to:

I.      Purchase BE products and services;

II.     Promote and sell BE products and services; and

4

# BE

III.   Sponsor new IBIs and Customers in the United States and in countries where BE may become established after the effective date of these Policies and Procedures.

## 2.4   Identification Numbers

A.   Each IBI is required to provide his or her Social Security Number, or Federal Tax Identification Number, if located in the United States or any of its territories, to BE on the IBI Agreement. BE reserves the right to withhold commission payments from any IBI who fails to provide such information or who provides false information.

B.   Upon enrollment, BE will provide a BE Identification Number to the IBI. This number will be used to place orders, structure organizations, and track commissions and bonuses.

C.   BE, at its sole direction, might ask all or any specific IBI at any stage to go through a detailed third-party KYC, KYB or AML screening. BE reserves the right to withhold commission payments from any IBI who fails to provide such information or who provides false information.

## 2.5   Renewals and Expiration of the IBI Agreement

A.   If the IBI allows his or her IBI Agreement to expire due to nonpayment of the monthly or annual renewal fee (as mentioned on official website), the IBI will lose any and all rights to his, her or its downline organization unless the IBI re-activates within seven (07) days following the expiration of the Agreement.

B.   If the former IBI re-activates within the 07-day time limit, the IBI will resume the rank and position held immediately prior to the expiration of the IBI Agreement. However, such IBI's paid as level will not be restored unless he, she and/or an entity qualifies at that payout level in the new month. The IBI is not eligible to receive commissions for the time period that the IBI's business was expired. Furthermore, IBI agrees to forfeit any commission or bonus that they have earned during those 07-days inactive days.

C.   Any IBI who was terminated or whose Agreement has expired and lapsed the 07-day grace period is not eligible to re-apply for a BE business for 12 months following the expiration of the IBI Agreement. However, BE's Compliance Team and the Senior Management has the sole discretion to waive this requirement.

## 2.6   Business Entities

A.   A corporation, partnership, LLC, or trust (collectively referred to as a "Business Entity") may apply to be a BE IBI by way of the Business Entity Registration Form at the sole discretion of BE. This IBI business and position will remain *temporary* until the proper documents are submitted. The Business Entity Registration Form stipulates the specific documents necessary for submission, including but not limited to: Certificate of Incorporation, Articles of Organization, Partnership Agreement or appropriate Trust documents. BE must receive these documents within seven (7) days from the date the IBI Agreement was signed.

5

# BE

B. A BE IBI may change their status under the same Sponsor from an individual to a partnership, LLC, corporation, trust or from one type of business entity to another at the sole direction of BE and after taking prior written authorization from BE. BE has the sole right and absolute discretion to refuse to provide such authorization.

C. All individual BE IBIs have an option to add a co-application which can be an individual or a corporate/company. If an IBI wishes to add a company as co-applicant then that company must be majority owned and controlled by that specific IBI, else the registration is not permitted. Any Co-Application might be asked to provide similar set of documents and information as required from the first main IBI.

## 2.7    Independent Business Relationship; Indemnification for Actions

A. The BE IBI is an independent contractor, and not a purchaser of a franchise or sales opportunity. Therefore, each IBI's success depends on his or her independent efforts.

B. The Agreement between BE and its IBIs does not create an employer/employee relationship, agency, partnership, or joint venture between BE and the IBI.

C. A BE IBI SHALL NOT BE TREATED AS AN EMPLOYEE OF BE FOR ANY PURPOSES, INCLUDING, WITHOUT LIMITATION, FOR FEDERAL OR STATE TAX PURPOSES. ALL IBIs ARE RESPONSIBLE FOR PAYING LOCAL, STATE, AND FEDERAL TAXES DUE FROM ALL COMPENSATION EARNED AS AN IBI OF BE. ANY OTHER COMPENSATION RECEIVED BY IBIS FROM BE WILL BE GOVERNED BY APPLICABLE U.S. TAX LAWS (OR THE TAX LAWS OF ANY OTHER APPLICABLE JURISDICTION). THE IBI HAS NO EXPRESS OR IMPLIED AUTHORITY TO BIND BE TO ANY OBLIGATION OR TO MAKE ANY COMMITMENTS BY OR ON BEHALF OF BE. EACH IBI, WHETHER ACTING AS MANAGEMENT OF A BUSINESS ENTITY OR REPRESENTED AS AN INDIVIDUAL, SHALL ESTABLISH HIS OR HER OWN GOALS, HOURS, AND METHODS OF OPERATION AND SALE, SO LONG AS HE OR SHE COMPLIES WITH THE TERMS OF THE IBI AGREEMENT, THESE POLICIES AND PROCEDURES AND APPLICABLE STATE, FEDERAL AND PROVINCIAL LAWS.

D. The BE IBI is fully responsible for all of his or her verbal and written communications made regarding BE products, services, and the Compensation Plan that are not expressly contained within official BE materials. IBIs shall indemnify and hold harmless BE, its directors, officers, employees, product suppliers and agents from any and against all liability including judgments, civil penalties, refunds, attorney fees and court costs incurred by BE as a result of the IBI's unauthorized representations or actions. This Provision shall survive the termination of the BE IBI Agreement.

## 2.8    Errors or Questions

If an IBI has questions about, or believes any errors have been made regarding commissions, bonuses, business reports, orders, or charges, the IBI must notify BE in writing within seven (07) days of the date of the error or incident in question. Any such errors, omissions or problems not reported within seven (07) days shall be deemed expressly waived by the IBI.

BE

**3.0    INDEPENDENT BRAND INFLUENCER RESPONSIBILITIES**

**3.1    Correct Addresses**

A.    It is the responsibility of a Customer/IBI to make sure BE has the correct shipping address before any orders are shipped.

B.    A Customer/IBI will need to allow up to thirty (30) days for processing after the notice of address change has been received by BE.

C.    A Customer/IBI may be assessed a $50 or more as a fee for returned shipments due to an incorrect shipping address.

**3.2    Training and Leadership**

A.    Any BE IBI who Sponsors (as defined in the Glossary of Terms) another IBI into BE must perform an authentic assistance and training function to ensure his or her downline is properly operating his or her BE business. Sponsoring IBIs should have ongoing contact and communication with the IBIs in their downline organizations. Examples of communication may include, but are not limited to, newsletters, written correspondence, telephone, contact, team calls, voice-mail, e-mail, personal meetings, accompaniment of downline IBIs to BE meetings, training sessions and any other related functions.

B.    A Sponsoring BE IBI should monitor the IBIs in his or her downline organizations to ensure that downline IBIs do not make improper product or business claims, or engage in any illegal or inappropriate conduct. Upon request, such IBI should be able to provide documented evidence to BE of his or her ongoing fulfillment of the responsibilities of a Sponsor.

C.    Upline IBIs are encouraged to motivate and train new IBIs about BE's products and services, effective sales techniques, the BE Compensation Plan and compliance with company Policies and Procedures.

D.    Marketing product is a required activity in BE and must be emphasized in all recruiting presentations. In fact, the Company emphasizes and encourages all its IBIs to sell BE's products and services to Customers.

E.    Use of Sales Aids. To promote both the products and the opportunity BE offers, IBIs must use the sales aids and support materials produced by BE. If BE IBIs develop their own sales aids and promotional materials, which includes Internet advertising, notwithstanding IBIs good intentions, they may unintentionally violate any number of statutes or regulations affecting the BE business. These violations, although they may be relatively few in number, could jeopardize the BE opportunity for all IBIs. Accordingly, IBIs must submit all written sales aids, promotional materials, advertisements, websites and other literature to the Company for Company's approval prior to use. Unless the IBI receives specific written approval to use the material, the request shall be deemed denied. All IBIs shall safeguard and promote the good reputation of BE and its products. The marketing and promotion of BE, the BE opportunity, the Compensation Plan, and BE products and services shall be consistent with the public interest, and must avoid all discourteous, deceptive, misleading, unethical or immoral conduct or practices.

BE

Notwithstanding anything provided in these Policies and Procedures, no IBI (irrespective of their rank) can use their own slides or presentations. An IBI can only use official BE slides or presentations unless a written exception is provide by the BE's compliance team.

**3.3    Constructive Criticism; Ethics**

A.    BE desires to provide its independent IBIs with the best products and services and Compensation Plan in the industry. Accordingly, BE values constructive criticism and encourages the submission of written comments addressed to BE Compliance Department.

B.    Negative and disparaging comments about BE, its products or Compensation Plan, by IBIs made to BE, in the Field or at BE meetings or events, or disruptive behavior at BE meetings or events, serve no purpose other than to dampen the enthusiasm of other BE IBIs. BE IBIs must not belittle BE, other BE IBIs, BE products or services, the Compensation Plan, or BE directors, officers, or employees, product suppliers or agents. Such conduct represents a material breach of these Policies and Procedures and may be subject to sanctions as deemed appropriate by BE.

C.    BE is committed to providing IBIs with a sales environment free from harassment, intimidation, and abuse from other IBIs, employees, vendors, and any other individuals in the workplace. At BE, harassment of any kind will not be tolerated and is strictly prohibited, such as: derogatory or threatening comments, inappropriate sexual behavior including but not limited to unwelcome sexual advances or requests for sexual favors, displaying visual images of a sexual nature, physical or verbal harassment, or violent behavior. IBIs are encouraged to report any type of harassment incidents immediately. BE will not tolerate acts or threats of violence and will investigate all reports. However, BE can only take actions if the concerned reporting IBI provides us with the necessary information, evidences and a written complaint made to the compliance team of BE through a formal channel like emails.

**D.    BE endorses the following Code of Ethics:**

I.    A BE IBI must show fairness, tolerance, and respect to all people associated with BE, regardless of race, gender, social class or religion, thereby fostering a "positive atmosphere" of teamwork, good morale and community spirit.

II.    An IBI shall strive to resolve business issues, including situations with upline and downline IBIs, by emphasizing tact, sensitivity, good will and taking care not to create additional problems.

III.    BE IBIs must be honest, responsible, professional and conduct themselves with integrity.

IV.    BE IBIs shall not make disparaging statements about BE, other IBIs, BE employees, product suppliers or agents, products, services, sales and marketing campaigns, or the Compensation Plan, or make statements that unreasonably offend, mislead or coerce others.

8

# BE

V.   BE IBIs shall always present accurate information like proper disclaimers and access to the Earning Disclosure Statement when encouraging prospects to join the BE business. Moreover, as an IBI you agree to never intimidate nor engage in unlawful recruiting practices, including any suggestion that excessive inventory purchases are necessary to participate in BE.

E.   BE may take appropriate action against an IBI if it determines, in its sole discretion, that an IBI's conduct is detrimental, disruptive, or injurious to BE or to other IBIs.

### 3.4   Reporting Policy Violation

A.   An IBI who observes a policy violation by another IBI should submit a written and signed letter or can send an email from their registered official email ID with BE, message us on our official social media portals etc. along with their full legal name and Passport Number. of the violation directly to the BE Corporate office. The letter or the communication shall set forth the details of the incident as follows:

I.   The nature of the violation and specific facts to support the allegations;

II.   Dates and number of occurrences;

III.   The person/people involved; and

IV.   Supporting documentation.

B.   Once the matter has been presented to BE, the Company Compliance Department will research things thoroughly and decide what (if any) action should be taken.

C.   This section refers to the general reporting of policy violations as observed by other IBIs for the mutual effort to support, protect, and defend the integrity of the BE business and sales opportunity. If an IBI has a grievance or complaint against another IBI which directly relates to his or her BE business, the steps set forth in these Policies must be followed.

### 3.5   Sponsorship

A.   The Sponsor is the person who introduces a Customer/IBI to BE, helps them complete their enrollment, and supports and trains those in their downline.

B.   BE recognizes the Sponsor as the name(s) shown on the first:

I.   Physically signed BE IBI Agreement on file; or

II.   Electronically signed IBI Agreement from either the corporate website or an IBI's replicated website.

C.   An IBI Agreement that contains notations such as "by phone" or the signatures of other individuals (i.e. Sponsors, spouses, relatives, or friends) is not valid and will not be accepted by BE.

9

# BE

D.    BE recognizes that each new prospect has the right to ultimately choose his or her own Sponsor, but BE will not allow IBIs to engage in unethical sponsoring activities.

E.    All active IBIs in good standing have the right to Sponsor and enroll others into BE. While engaged in sponsoring activities, it is not uncommon to encounter situations when more than one IBI will approach the same prospect. It is the accepted courtesy that the new prospect will be sponsored by the first IBI who presented a comprehensive introduction to BE products or sales opportunity.

F.    A *Protected Prospect* is a guest of any BE Customer/IBI who attended a BE event or conference call. For sixty (60) days following the event, a Protected Prospect cannot be solicited or sponsored by any other BE IBI who attended the same event, unless authorized by BE. A BE event can be defined as the following:

   I.      Any BE training session;

   II.     Conference call;

   III.    Fly-in meeting; or

   IV.    Presentation, including but not limited to a BE at home presentation, whether sponsored by BE, an IBI, a Customer, or an agent or agency designated by BE.

   V.     An IBI cannot signup a new person as an IBI on their behalf. All the new IBIs have to complete the signup process themselves through the official website of the BE. Any violation of this provision will lead to a penalty on the concerned IBIs.

   VI.    If an IBI seeks for refund, cancellation or does a chargeback withing 30 days from date when the IBI Kit was purchased or IBI License was renewed, whichever is later, then that IBI cannot signup again for next 60 days. This restriction is put in place to check fraudulent registration and purchases.

## 3.6    Cross Sponsoring Prohibition

A.    "Cross sponsoring" is defined as the enrollment into a different line of sponsorship of an individual, or Business Entity, that already has a signed IBI Agreement. Actual or attempted cross sponsoring is not allowed. If cross sponsoring is verified by BE, sanctions up to and including termination of an IBI's business may be imposed. Any violation of this provision shall lead to immediate termination of the defaulting IBIs account and all the commission of the said IBI shall be frozen for forever and the concerned IBI agrees to forfeit any right over their commission.

B.    The use of a spouse's or relative's name, trade names, assumed names, DBA names, corporation, partnership, trust, Federal ID numbers, or fictitious ID numbers to evade or circumvent this policy is not permitted.

C.    BE at its sole discretion might permit the enrollment of a previous BE IBI into a different line of sponsorship than the previous one provided that the concerned person has

10

## BE

completed a six (06) months cooling off period which shall start from the date when the IBI Kit became inactive.

### 3.7   Adherence to the BE Compensation Plan

A.   An IBI must adhere to the terms of the Company's latest Compensation Plan as set forth in these Policies and Procedures as well as in official BE literature. Deviation from the Compensation Plan is prohibited.

B.   An IBI shall not offer the BE opportunity through, or in combination with, any other system, program, or method of marketing other than that specifically set forth in official Company literature.

C.   An IBI shall not require or encourage a current or prospective Customer or IBI to participate in BE in any manner that varies from the Compensation Plan as set forth in official Company literature.

D.   An IBI shall not require or encourage a current or prospective Customer or IBI to make a purchase from or payment to any individual or other entity as a condition to participating in the BE Compensation Plan, other than such purchases or payments required to naturally build their business.

### 3.8   Adherence to Laws and Ordinances

Many cities and counties have laws regulating certain home-based businesses. In most cases, these ordinances do not apply to IBIs because of the nature of the business. However, IBIs must check their local laws and obey the laws that do apply to them. A BE IBI shall comply with all federal, state and local laws and regulations in their conduct of his or her BE business.

### 3.9   Compliance with Applicable Income Tax Laws

A.   BE will automatically provide a complete 1099 Miscellaneous Income Tax form (nonemployee compensation) to each US IBI whose earnings for the year is at least $600 or who has purchased more than $5,000 of BE products for resale, or who received trips, prizes or awards valued at $600 or more. If earnings and purchases are less than stated above, IRS forms will be sent only at the request of the IBI, and a minimum charge of $50 may be assessed by BE. Canadian T-4's will be sent to IBIs who earn more than $500 or who received trips, prizes, or awards valued at $500 or more. BE IBIs are responsible for the payment of taxes on these trips, prizes, or awards provided to them by BE.

B.   An IBI accepts sole responsibility for and agrees to pay all federal, state and local taxes on any income generated as an independent IBI, and further agrees to indemnify BE from any failure to pay such tax amounts when due.

C.   If an IBI's business is tax exempt, the Federal Tax Identification number must be provided to BE in writing.

D.   BE encourages all IBIs to consult with a tax advisor for additional information for their business.

11

# BE

-

### 3.10   One BE Business Per IBP

An IBI may operate or have an ownership interest, legal or equitable, as a sole proprietorship, partner, shareholder, trustee, or beneficiary, in only one (1) BE business. No individual may have, operate or receive compensation from more than one BE businesses. Individuals of the same family unit may each enter into or have an interest in their own separate BE businesses, only if each subsequent family position is placed frontline to the first family member enrolled. A "family unit" is defined as spouses and dependent children living at or doing business at the same address.

### 3.11   Actions of Household Members or Affiliated Parties

If any member of an IBI's immediate household engages in any activity which, if performed by the IBI, would violate any provision of the Agreement, such activity will be deemed a violation by the IBI and BE may take disciplinary action pursuant to these Policies and Procedures against the IBI. Similarly, if any individual associated in any way with a corporation, partnership, LLC, trust or other entity (collectively "Business Entity") violates the Agreement, such action(s) will be deemed a violation by the Business Entity, and BE may take disciplinary action against the Business Entity. Likewise, if an IBI enrolls in BE as a Business Entity, each affiliated party of the Business Entity shall be personally and individually bound to, and must comply with, the Terms and Conditions of the Agreement.

### 3.12   Solicitation for Other Companies; Other Business Restrictions

A.   A BE IBI may participate in other direct sales, multilevel, network marketing or relationship marketing business ventures or marketing opportunities (collectively, "Network Marketing"), provided that such business is not in a direct or indirect competition with BE. However, during the Term of this Agreement and for one (1) year thereafter, a BE IBI may not recruit any BE IBI or Customer for any other Network Marketing business.

B.   The term "recruit" means actual or attempted solicitation, enrollment, encouragement, or effort to influence in any other way (either directly or through a third party), another IBI or Customer to enroll or participate in any Network Marketing opportunity. This conduct represents recruiting even if the IBI's actions are in response to an inquiry made by another IBI or Customer.

C.   IBIs at all levels are obligated to notify the Company if they are enrolled as distributor for another Network Marketing company by sending an email to the Company Compliance Department.

**\*DUE TO THE VISIBILITY OF OUR HIGHER-RANKING AFFILIATES, BE IBIS AT THE RANK OF DIAMOND AND ABOVE AGREE NOT TO PARTICIPATE IN ANY NETWORK MARKETING OPPORTUNITY, REGARDLESS IF THE COMPANY SELLS COMPETING PRODUCTS OR NOT.**

If at the time of enforcement of any provision of this sections 3.12(A) or 3.12(C), a court shall hold that the duration, scope or area restriction of any provision herein is unreasonable under circumstances now or then existing, you and BE hereto agree that

# BE

the maximum restricted period, scope or territory reasonable under the circumstances shall be substituted by the court for the stated duration, scope or area.

D.  An IBI may not display or bundle BE products or services, in sales literature, on a website or in sales meetings, with any other products or services to avoid confusing or misleading a prospective Customer or IBI into believing there is a relationship between the BE and non-BE products and services.

E.  A BE IBI may not offer any non-BE opportunity, products or services at any BE related meeting, seminar or convention, or immediately following a BE event.

F.  During the term of this Agreement, in order to avoid legal liability related to promotion of sales aids, you as an IBI may not sell training materials or sales aids including published books, eBooks, videos, or other general miscellaneous training aids to your Downline or other IBIs.

G.  A violation of any of the provisions in this section shall constitute unreasonable and unwarranted contractual interference between BE and its IBIs and would inflict irreparable harm on BE. In such event, BE may, at its sole discretion, impose any sanction it deems necessary and appropriate against such IBI or such IBI's business including termination, or seek immediate injunctive relief without the necessity of posting a bond. You also agree that BE has absolute right to deduct the damages and compensation from your pending commission without a necessity to prove the same in the court of law.

## 3.13    Presentation of the BE Sales Opportunity

A.  In presenting the BE opportunity to potential Customers and IBIs, an IBI is required to comply with the following provisions:

  I.  An IBI shall not misquote or omit any significant material fact about the Compensation Plan.

  II.  An IBI shall make it clear that the Compensation Plan is based upon sales of BE products and services and upon the sponsoring of other IBIs

  III.  An IBI shall make it clear that success can be achieved only through substantial independent efforts and must refrain from misrepresentations that include, but are not limited to:

  a.  It's a turnkey system;
  b.  The system will do the work for you;
  c.  Just get in and your downline will build through spillover;
  d.  The Company does all the work for you; and
  e.  All you have to do is buy BE products/services every month.

The above are just examples of improper representations about the Compensation Plan. It is important that you do not make these, or any other representations, that could lead a prospect to believe that they can be successful as an IBI without commitment, effort, and sales skill. The Company reserves the

# BE

right to determine what it considers an inappropriate income or Compensation Plan claim and discipline the offender accordingly.

IV.    A BE IBI shall not make unauthorized income projections, claims, or guarantees while presenting or discussing the BE opportunity or Compensation Plan to prospective IBIs or Customers.

V.    An IBI may not make any claims regarding products or services of any products offered by BE, except those contained in official BE literature.

VI.    An IBI may not use official BE material to promote the BE sales opportunity in any country where BE has not established a "presence."

VII.    In an effort to conduct best business practices, BE has developed the Earning Disclaimer Statement ("EDS"). The BE EDS is designed to convey truthful, timely, and comprehensive information regarding the income that BE IBIs earn. In order to accomplish this objective, a copy of the EDS must be presented to all prospective IBIs.

A copy of the EDS must be presented to a prospective IBI anytime the Compensation Plan is presented or discussed, or any type of income claim or earnings representation is made.

The terms "income claim" and/or "earnings representation" (collectively "Earning Claim") includes, but is not limited to, the following: (1) statements of average earnings, (2) statements of non-average earnings, (3) statements of earnings ranges, (4) income testimonials, (5) lifestyle claims, and (6) hypothetical claims. Examples of "statements of non-average earnings" include, "Our number one IBI earned over a million dollars last year" or "Our average-ranking IBI makes five thousand per month." An example of a "statement of earnings ranges" is "The monthly income for our higher-ranking IBIs is ten thousand dollars on the low end to thirty thousand dollars a month on the high end."

VIII.    Lifestyle claims (e.g., my BE business allowed me to buy a house, retire from my other job, allow my spouse to quit his or her job, or take a luxury vacation) are also considered to be equivalent to Earning Claims.

When an IBI discusses his or her earnings with BE, the Company explicitly requires any testimonial, social media post, presentation, etc. to include the necessary Earning Disclaimer along with a link to the BE EDS.

## 3.14    Sales Requirements are Governed by the Compensation Plan

A.    BE or its partners will provide mandatory selling prices. There are no exclusive territories granted to anyone. No franchise fees are applicable to a BE business. Reselling of any products or services is strictly prohibited.

B.    The BE program is built on sales to the ultimate consumer. BE encourages its IBIs to only purchase inventory that they and their family will personally consume, and will be

14

BE

used as a sales tool. IBIs must never attempt to influence any other IBI to buy more products than they can reasonably use or sell to retail Customers in a month.

C.   ***Purchasing product solely for the purpose of collecting bonuses or achieving rank is prohibited.*** BE retains the right to limit the amount of purchases you may make if, in our sole judgment, we believe those purchases are being made solely for qualification purposes instead of for consumption or resale.

## 4.0   ORDERING

### 4.1   General Order Policies

A.   "Bonus Buying" is strictly and absolutely prohibited. Bonus Buying includes but is not limited to the following: (i) the enrollment of individuals or entities without the knowledge of and/or execution of an Agreement by such individuals or Business Entities; (ii) the fraudulent enrollment of an individual or entity as Customer/IBI; (iii) the enrollment or attempted enrollment of non-existent individuals or Business Entities as Customers/IBIs (known as "phantoms"); (iv) purchasing BE products or services on behalf of another Customer/IBI, or under another Customer's/IBI's ID number, to qualify for commissions or bonuses; (v) purchasing excessive amounts of products or services that cannot reasonably be used or resold in a month; and/or (vi) any other mechanism or artifice to qualify for rank advancement, incentives, prizes, commissions, or bonuses that is not driven by bona fide product or service purchases by end user consumers.

An IBI shall not use another Customer's/IBI's credit card or debit checking account to enroll in BE or purchase products or services without the account holder's *written permission*. Such documentation must be kept by the IBI indefinitely in case BE needs to reference this.

B.   Regarding an order with an invalid or incorrect payment, BE will attempt to contact the IBI by phone, mail or e-mail in order to obtain another form of payment. If these attempts are unsuccessful after 24 hours, the order will be canceled.

C.   If an IBI wants to move an order to another IBI's position, he or she must have prior authorization, of all parties involved. BE will charge the IBI a $20 fee for processing.

D.   Prices are subject to change without notice.

E.   A Customer/IBI who is a recipient of a damaged or incorrect order must notify BE within seven (07) calendar days from receipt of the order and follow the procedures as set forth in these Policies.

### 4.2   Insufficient Funds

A.   All checks returned for insufficient funds will be re-submitted for payment. A $100 fee will be charged to the account of the Customer/IBI for all returned checks and insufficient funds or for failed transaction.

15

BE

B.   Any outstanding balance owed to BE by the personal Customer/IBI of an Upline IBI from NSF (non-sufficient funds) checks, returned check fees or insufficient fund fees (ACH) will be withheld by BE from the Upline IBI's future bonus and commission checks.

C.   All transactions involving returned checks or insufficient funds through ACH or credit card, which are not resolved in a timely manner by the IBI, constitute grounds for disciplinary sanctions.

D.   If a credit card order or automatic debit is declined the first time, the Customer/IBI will be contacted for an alternate form of payment. If payment is declined a second time, the Customer/IBI may be deemed ineligible to purchase BE products or services or participate in the monthly auto ship.

**4.3   Sales Tax Obligation**

A.   The IBI shall comply with all state and local taxes and regulations governing the sale of BE products and services.

B.   BE will collect and remit sales tax on IBI orders unless an IBI furnishes BE with the appropriate Resale Tax Certificate form. When orders are placed with BE, sales tax is prepaid based upon the suggested retail price. BE will remit the sales tax to the appropriate state, Provincial and local jurisdictions. The IBI may recover the sales tax when he or she makes a sale. BE IBIs are responsible for any additional sales taxes due on products marked up and sold at a higher price.

C.   BE encourages each IBI to consult with a tax advisor for additional information for his or her business.

**5.0   PAYMENT OF COMMISSIONS & BONUSES**

**5.1   Bonus and Commission Qualifications**

A.   An IBI must be active and in compliance with BE Policies and Procedures to qualify for bonuses and commissions. So long as an IBI complies with the terms of the Agreement, BE will pay commissions to such IBI in accordance with the Compensation Plan.

B.   BE will not issue a payment to an IBI without the receipt of a completed and signed BE IBI Agreement.

C.   BE reserves the right to postpone bonus and commission payments until such time the cumulative amount exceeds $100.

**5.2   Computation of Commissions and Discrepancies**

A.   In order to qualify to receive commissions and bonuses, an IBI must be in good standing and comply with the Terms of the Agreement and these Policies and Procedures. Commissions, bonuses, overrides, and achievement levels are calculated each month.

# BE

B.  A BE IBI must review his or her monthly statement and bonus/commission reports promptly and report any discrepancies within seven (07) days of receipt. After this 07-day "grace period," no additional requests will be considered for commission recalculations.

C.  For additional information on payment of commissions, please review the Compensation Plan.

## 5.3   Bonus and Commission Adjustment for Returns

A.  An IBI receives bonuses and commissions based on the actual sales of products and services to end consumers by way of product and service purchases. When a product or service is returned to BE for a refund from the end consumer, the bonuses and commissions attributable to the returned product or service will be deducted from the IBI who received bonuses or commissions on such sales. Deductions will occur in the month in which the refund is given and continue every pay period thereafter until the bonus/and or commission is recovered.

B.  In the event that an IBI terminates his or her business, and the amounts of the bonuses or commissions attributable to the returned products or services have not yet been fully recovered by BE, the remainder of the outstanding balance may be offset against any other amounts that may be owed by BE to the terminated IBI.

## 6.0   SATISFACTION GUARANTEED AND RETURN OF SALES AIDS

**Customer Return Policy**
BE offers a one hundred percent (100%) money back guarantee for all Customers as per its Refund and Cancellation Policy. If a Customer purchased a product or service and is not satisfied with the product or service, the Customer may request a refund from either the Company or the IBI who sold the product or service to Customer based on BE Refund and Cancellation Policy.

**IBP Product and Sales Aids Returns**
If you are not 100% satisfied with products, you may return the items for a refund if all the following conditions are met: (i) you nor we have terminated the Agreement; (ii) the products were purchased within the refund and cancellation period as provided in our Refund and Cancellation Policy; and (ii) the products remain in resaleable condition ("Resalable Condition" as defined in the Glossary of Terms). The refund shall be ninety percent (90%) of the purchase price. Shipping and handling charges incurred will not be refunded.

Upon cancellation of the Agreement, the IBI may return all generic sales aids purchased within one (1) year from the date of cancellation for a refund if he or she is unable to sell or use the merchandise. An IBI may only return sales aids he or she personally purchased from the Company under his or her IBI Identification Number, and which are in Resalable Condition. Any custom orders of printed sales aids (i.e., business cards, brochures, etc.) whereon the IBI's contact information is imbedded or hard printed, or has been added by the IBI, are not able to be returned in resalable condition thus are nonrefundable. Upon BE's receipt of the products and sales aids, the IBI will be reimbursed ninety percent (90%) of the net cost of the original purchase price(s), less shipping and handling charges. If the purchases were made through a credit card, the refund will be credited back to the same credit card account. The Company shall

17

BE

deduct from the reimbursement paid to the IBI any commissions, bonuses, rebates or other incentives received by the IBI which were associated with the merchandise that is returned.

You agree that if there is any contradiction between this provision/section BE's Return and Cancellation Policy then the later shall prevail over the former.

**6.1     Return Process**

    A.    All returns, whether by a Customer/IBI, must be made as follows:

        I.    Obtain Return Merchandise Authorization ("RMA") from BE;

        II.    Ship items to the address provided by BE Customer service when you are given your RMA.

        III.    Provide a copy of the invoice with the returned products or service. Such invoice must reference the RMA and include the reason for the return.

        IV.    Ship back product in manufacturer's box exactly as it was delivered.

    B.    All returns must be shipped to BE pre-paid, as BE does not accept shipping collect packages. BE recommends shipping returned product by UPS or FedEx with tracking and insurance as risk of loss or damage in shipping of the returned product shall be borne solely by the Customer, or IBI. If returned product is not received at BE Distribution Center, it is the responsibility of the Customer, or IBI to trace the shipment and no credit will be applied.

    C.    An IBI's return of $200 or more worth of products accompanied by a request for a refund within a single calendar year may constitute grounds for involuntary termination.

**7.0     PRIVACY POLICY**

**7.1     Introduction**

This policy is to ensure that all Customers/IBIs understand and adhere to the basic principles of confidentiality. For more information on the BE's privacy practices and procedures, please refer to the Company Privacy Policy found on the corporate website.

Each IBI is responsible for keeping her or his IBI Information up to date and accurate and must immediately update any changes in her or his back office. It is particularly important that an IBI provides BE with her or his current email address, since email is one of the primary ways that BE and an IBI's Upline will communicate with the IBI. By agreeing to these Policies and Procedures, the IBI consents to BE Privacy Policy and to receiving emails from BE as well as from her or his Upline. Each IBI may modify her or his IBI Information (e.g., update an address, phone number or email address). IBI agrees that BE may share with IBI's Upline her or his name, telephone number, address, email address and select sales performance data for all IBIs in their Downline. No Social Security Number shall be shared with an IBI's Upline without separate express permission by IBI to allow such personal information sharing. By providing her or his email address and telephone number, IBI agrees to disclose her or his email address and telephone number to BE as well as to her or his Upline. IBI further acknowledges that information provided to BE by IBI will be shared with and processed by BE corporate offices.

18

# BE

You agree that if there is any contradiction between this provision/section BE's Privacy Policy then the later shall prevail over the former.

## 7.2    Expectation of Privacy

BE recognizes and respects the importance its Customers/IBIs place on the privacy of their financial and personal information. BE will make reasonable efforts to safeguard the privacy of, and maintain the confidentiality of its Customers'/IBIs' financial and account information and nonpublic personal information.

## 7.3    Employee Access to Information

BE limits the number of employees who have access to Customer's/IBI's nonpublic personal information.

## 7.4    Restrictions on the Disclosure of Account Information

BE will not share non-public personal information or financial information about current or former Customers/IBIs with third parties, except as permitted or required by laws and regulations, court orders, or to serve the Customers'/IBIs' interests or to enforce its rights or obligations under these Policies and Procedures, the IBI's Agreement, or with express written permission from the accountholder on file.

## 7.5    Security and Security Breaches

All IBIs must adopt, implement and maintain appropriate administrative, technical and physical safeguards to protect against anticipated threats or hazards to the security of confidential information, including Customer & IBI Data. These safeguards must be appropriate to the sensitivity of the information. Appropriate safeguards for electronic and paper records may include, but are not limited to: (i) encrypting data before electronically transmitting it; (ii) storing records in a secure location; and (iii) password-protecting computer files and securely shredding paper files containing confidential information. IBIs must keep confidential information secure from all persons who do not have legitimate business needs to see or use such information. IBIs must ensure he or she obtains and maintains consent from prospective Customers/IBIs and existing Customers/IBIs before sharing such data with the Company.

IBIs must comply with all applicable privacy and data security laws, including any security breach notification laws. Without limitation of the preceding sentence, in the event of an actual or suspected Security Breach affecting BE's data, the applicable IBIs shall first promptly notify the Company Compliance Department in writing after becoming aware of such Security Breach, and if instructed by the Compliance Department, notify applicable Customers/IBIs. Any such notification to Customers/IBIs shall be made in compliance with the applicable law and shall specify the following: (i) the extent to which Customer/IBI Data was or was suspected to be disclosed or compromised; (ii) the circumstances of the Security Breach; (iii) the date or period of time on which it occurred; (iv) a description of the information affected; (v) a description of the steps taken to reduce the risk of harm from the Security Breach; (vi) contact information for a person able to answer questions regarding the Security Breach; (vii) any other information required by the applicable law; and (viii) in the case of a notice to a privacy commissioner or other regulatory body, an assessment of the risk of harm to any affected persons and an estimate of the number of persons affected. IBIs shall promptly comply with all applicable information Security Breach disclosure laws. IBIs, at their expense, shall cooperate with BE,

19

# BE

any applicable privacy commissioner or other regulatory body and the applicable Customers/IBIs and use their best efforts to mitigate any potential damage caused by a breach of their obligations under the IBI Agreement or any law applicable to confidential data, including by sending notice to the affected individuals, applicable agencies and consumer reporting agencies, if such notification is required the Company in its sole and absolute discretion.

## 8.0    PROPRIETARY INFORMATION AND TRADE SECRETS

### 8.1    Business Reports, Lists, and Proprietary Information

By completing and signing the BE IBI Agreement, the IBI acknowledges that Business Reports, lists of Customer and IBI names and contact information and any other information, which contain financial, scientific or other information both written or otherwise circulated by BE pertaining to the business of BE (collectively, "Reports"), are confidential and proprietary information and trade secrets belonging to BE.

Furthermore, any information, video, report, ideas, intellectual property, chart, data that is shared with any customer or the IBI is also confidential information which is meant for the personal consumption of that specific customer of IBI for the duration their subscription is active.

### 8.2    Obligation of Confidentiality

A.   During the Term of the BE IBI Agreement and for a period of five (5) years after the termination or expiration of the IBI Agreement between the IBI and BE, the IBI shall not:

I.   Use the information in the Reports to compete with BE or for any purpose other than promoting his or her BE business;

II.   Use or disclose to any person or entity any confidential information contained in the Reports, including the replication of the genealogy in another network marketing company.

### 8.3    Breach and Remedies

The IBI acknowledges that such proprietary information is of such character as to render it unique and that disclosure or use thereof in violation of this provision will result in irreparable damage to BE and to independent BE businesses. BE and its IBIs will be entitled to injunctive relief or to recover damages against any IBI who violates this provision in any action to enforce its rights under this section. The prevailing party shall be entitled to an award of attorney's fees, court costs and expenses.

If an IBI is found to be in breach of this section then BE shall have the right to seek at least 50,000 USD in damages or as a compensation from the concerned IBI. This shall be in addition to any other remedy that might be available to BE under the applicable law, these Policies and Procedures, equity or otherwise.

### 8.4    Return of Materials

Upon demand by BE, any current or former IBI will return the original and all copies of all "Reports" to BE together with any BE confidential information in such person's possession.

BE

**9.0   ADVERTISING, PROMOTIONAL MATERIAL, USE OF COMPANY NAMES AND TRADEMARKS**

**9.1   Labeling, Packaging, and Displaying Products**

A.   A BE IBI may not re-label, re-package, refill, or alter labels of any BE product, or service, information, materials or program(s) in any way.

C.   BE will permit IBIs to solicit and make Commercial Sales upon *prior written approval* from BE. For the purpose of these Policies and Procedures, the term "Commercial Sale" means the sale of:

    I.   BE products that equal or exceed $5,000 in a single order;

    II.   Products sold to a third party who intends to resell the products to an end consumer.

D.   An IBI may sell BE products and services and display the BE trade name at any appropriate display booth (such as trade shows) only upon *prior written approval* from BE.

E.   BE reserves the right to refuse authorization to participate at any function that it does not deem a suitable forum for the promotion of its products and services, or the BE opportunity.

**9.2   Use of Company Names and Protected Materials**

A.   A BE IBI must safeguard and promote the good reputation of BE and the products and services it markets. The marketing and promotion of BE, the BE sales opportunity, the Compensation Plan, and BE products and services will be consistent with the public interest, and must avoid all discourteous, deceptive, misleading, unethical or immoral conduct and practices.

B.   All promotional materials supplied or created by BE must be used in their ***original*** form and cannot be changed, amended or altered except with prior written approval from the BE Compliance Department.

C.   The name of BE, each of its product and service names and other names that have been adopted by BE in connection with its business are proprietary trade names, trademarks and service marks of BE. As such, these marks are of great value to BE and are supplied to IBIs for their use only in an expressly authorized manner.

D.   A BE IBI's use of the name "BE" is restricted to protect BE proprietary rights, ensuring that the BE protected names will not be lost or compromised by unauthorized use. Use of the BE name on any item not produced by BE is prohibited except as follows:

    I.   [IBI's name] Independent BE IBI

    II.   [IBI's name] Independent IBI of BE products and services.

# BE

E.   Further procedures relating to the use of the BE name are as follows:

    I.   All stationary (i.e. letterhead, envelopes, and business cards) bearing the BE name or logo intended for use by the IBI must be approved in writing by the BE Compliance Department.

    II.   BE IBIs may list "Independent BE IBI or simply "BE IBI" in online directories under his or her own name.

    III.   BE IBIs may not use the name BE or BE in answering his or her telephone, creating a voice message or using an answering service, such as to give the impression to the caller that they have reached the corporate office. They may state, "Independent BE IBI."

F.   Certain photos and graphic images used by BE in its advertising, packaging, and websites are the result of paid contracts with outside vendors that do not extend to IBIs. If an IBI wants to use these photos or graphic images, they must negotiate individual contracts with BE.

G.   A BE IBI shall not appear on or make use of television or radio, or make use of any other media to promote or discuss BE or its programs, products or services without prior written permission from the BE Compliance Department.

H.   An IBI may not produce for sale or distribution any Company event or speech, nor may an IBI reproduce BE audio or video clips for sale or for personal use without prior written permission from the BE Compliance Department.

I.   BE reserves the right to rescind its prior approval of any sales aid or promotional material to comply with changing laws and regulations and may request the removal from the marketplace of such materials without financial obligation to the affected IBI.

J.   An IBI shall not promote non-BE products or services in conjunction with BE products or services on the same websites or same advertisement without prior approval from the BE Compliance Department.

K.   Claims (which include personal testimonials) as to therapeutic, curative or beneficial properties of any products offered by BE may not be made except those contained in official BE literature. ***In particular, no IBI may make any claim that BE products are useful in the cure, treatment, diagnosis, mitigation or prevention of any diseases. Such statements can be perceived as medical or drug claims.*** Not only do such claims violate BE policies, but also they potentially violate federal and state laws and regulations, including the federal Food, Drug, and Cosmetic Act and Federal Trade Commission Act.

    I.   As an IBI, you should only make product claims as the ones found on Company product labeling, Company advertisements, or Official Company Materials. Per the Dietary Supplement Health and Education Act of 1994 (DSHEA), only Structure/Function, Qualified Health, and Nutrient Content Claims may be made regarding dietary supplements. **Therefore, the mentioning of ANY**

BE

disease in conjunction with any Company dietary supplement is NOT compliant and cannot be tolerated.

II.   Personal health testimonials regarding Company products posted on any company-sponsored, as well as personal social media platforms, are considered by the Food and Drug Administration ("FDA") to be product claims and therefore, subject to DSHEA regulations. Please take care to represent our products truthfully and accurately. Even though you or someone you know may have a specific experience with a specific disease, and even if a claim is a direct quote, it must adhere to these guidelines in order to be compliant and approved for use. The following disclaimer should be used with EVERY testimonial:

**Individual results can and will vary.  My testimonial is not necessarily representative of all those who use the *BE* products.  All participants giving testimonials utilized a complete health regimen that incorporates *BE* products, food supplements, physical activity and or a reasonable diet.**

III.   "Before and after" photos claiming results for conditions other than those indicated on the product labeling may not be used for any purpose. IBIs may use the "before and after" photos and product stories that BE publishes in support of the Company products. "Before and after" photos and product testimonials may be submitted for suggested publication via the Company Compliance Department.

## 9.3   E-mail Limitations

A.   Except as provided in this section, an IBI may not use or transmit email, mass email distribution, or "spamming" that advertises or promotes the operation of his or her BE business. The exceptions are:

I.   E-mailing any person who has given prior permission or invitation;

II.   E-mailing any person with whom the IBI has established a prior business or personal relationship.

B.   In all states where prohibited by law, an IBI may not transmit, or cause to be transmitted through a third party, (by telephone, facsimile, computer or other device), an unsolicited advertisement to any equipment, which has the capacity to transcribe text or images from an electronic signal received over a regular telephone line, cable line, ISDN, T1 or any other signal carrying device, except as set forth in this section.

C.   All e-mail or computer broadcasted documents subject to this provision shall include each of the following:

I.   A clear and obvious identification that the fax or e-mail message is an advertisement or solicitation. The words "advertisement" or "solicitation" should appear in the subject line of the message;

II.   A clear return path or routing information;

23

BE

III.   The use of legal and proper domain name;

IV.   A clear and obvious notice of the opportunity to decline to receive further commercial e-mail messages from the sender;

V.   Unsubscribe or opt-out instructions should be the very first text in the body of the message box in the same size text as the majority of the message;

VI.   The true and correct name of the sender, valid senders' e-mail address, and a valid sender physical address;

VII.   The date and time of the transmission; and

VIII.   Upon notification by recipient of his or her request not to receive further e-mailed documents, a BE IBI shall not transmit any further documents to that recipient.

D.   All e-mail or computer broadcasted documents subject to this provision shall not include any of the following;

I.   Use of any third party domain name without permission;

II.   Sexually explicit materials.

**9.4   Internet and Third-Party Website Restrictions**

A.   A IBI may not use or attempt to register any of BE's trade names, trademarks, service names, service marks, product names, URLs, advertising phrases, the Company's name or any derivative thereof, for any purpose including, but not limited to, Internet domain names (URL), third party websites, e-mail addresses, web pages, blogs, or social media (for more information on social media guidelines please refer to Section 9.5 below).

B.   A BE IBI **SHALL NOT** sell BE products, services or offer the sales opportunity using "online auctions," such as eBay®, or on online marketplaces like Etsy, Amazon, Craigslist, Facebook Marketplace, etc.

This rule is required for many reasons, including consumer protection, compliance with laws regarding the Company products/services and to protect Company IBIs from losing potential enrollments of Customers/IBIs who may be reluctant to engage in the BE sales opportunity because they view the third-party sites as a competitive source of supply.

C.   IBIs may only sell Company products/services through their BE replicated website ("Replicated Website") or the BE corporate website. IBIs may not have any other third-party websites (defined as a website that is not BE-approved personal website hosted on non-BE servers and with no affiliation with BE). Please note that a third-party website does not include social networking and social media sites (as further discussed in Section 9.5. Any IBI who wishes to develop their own third-party website must submit a properly completed third-party website application and agreement and receive BE's prior written approval before going live with such a website. Third-party websites may be used to promote your business and BE's products so long as the third-party website adheres to

# BE

BE's advertising policies. Moreover, no orders may be placed through third-party websites, and no enrollments may occur through a third-party website. If you wish to use any third-party website, you must do the following:

a.   Identify yourself as an IBI for BE;
b.   Use only the approved images and wording authorized by BE;
c.   Adhere to the branding, trademark, and image usage policies described in this document.
d.   Adhere to any other provision regarding the use of a third-party website described in this document;
e.   Agree to give the Compliance Department at BE access to the third-party website and, if the website is password protected, the Compliance Department must receive passwords or credentials allowing unlimited access.
f.   Agree to modify your website to comply with current or future BE policies.

D.   All marketing materials used on an IBI's third-party website must be provided by BE or approved in writing by BE.

E.   To avoid confusion, the following three elements must also be prominently displayed at the top of every page of your third-party website:

1.   The BE IBI Logo
2.   Your Name and Title
3.   BE Corporate Website Redirect Button

F.   An IBI may not use third-party sites that contain materials copied from corporate sources (such as BE brochures, CDs, videos, tapes, events, presentations, and corporate websites). This policy ensures brand consistency, allows Customers and IBIs to stay up-to-date with changing products, services and information, facilitates enrollment under the correct Sponsor, and assists in compliance with government regulations.

G.   BE products may be displayed with other products or services on an IBI's third-party website *so long as the other products and services are consistent with BE values and are not marketed or sold by a competing network-marketing company*.

H.   If the independent BE business of an IBI who has received authorization to create and post a third-party website is voluntarily or involuntarily canceled for any reason, or if BE revokes its authorization allowing the IBI to maintain a third-party website, the IBI shall assign the URL to his/her third-party website to the BE within three (3) days from the date of the cancellation and/or re-direct all traffic to the site as directed by the BE. BE reserves the right to revoke any IBI's right to use a third-party website at any time if BE believes that such revocation is in the best interest of BE, its IBIs, and Customers. Decisions and corrective actions in this area are at BE's sole discretion.

I.   If the independent BE business of an IBI who whether has received or not received authorization to create and post a social media groups/pages on WhatsApp, Telegram or any other platform is voluntarily or involuntarily canceled for any reason, or if BE revokes its authorization allowing the IBI to maintain a third-party website, page or group, the IBI shall assign the URL to his/her third-party website and admin rights of the group/page/channel etc to the BE within two (2) days from the date of the

# BE

cancellation and/or re-direct all traffic to the site as directed by the BE. BE reserves the right to revoke any IBI's right to use a third-party website or any other platform at any time if BE believes that such revocation is in the best interest of BE, its IBIs, and Customers. Decisions and corrective actions in this area are at BE's sole discretion.

**9.5     Social Networking and Social Media**

A.     IBIs may join social networking and/or social media sites, online forums, discussion groups, and blogs to leverage the power of the BE brand and to communicate the benefits of the Company products and sales opportunity. Online social pages belonging to an IBI may be used to drive traffic to a Replicated Website or to the Company Corporate Website.

B.     Social networks and social media sites include but are not limited to such sites as Facebook, Instagram, Pinterest, LinkedIn, Twitter, etc. IBIs may use their own social networking profiles to advertise and promote their BE businesses and the Company products, and direct traffic to their respective Replicated Website or the Company Corporate Website. However, no actual sales of BE products, however, may be processed on social networking profiles or groups and no pricing may be shown on an image or in the text of a post. Banner ads and images used on these sites must be current and must come from the BE approved library.

C.     PROFILES AN INDEPENDENT BRAND INFLUENCER GENERATES IN ANY SOCIAL COMMUNITY WHERE BE IS DISCUSSED OR MENTIONED MUST CLEARLY IDENTIFY THE IBI AS A BE INDEPENDENT BRAND INFLUENCER, and when an IBI participates in those communities, IBI must avoid inappropriate conversations, comments, images, video, audio, applications or any other adult, profane, discriminatory or vulgar content. The determination of what is inappropriate is at BE's sole discretion, and offending IBIs will be subject to disciplinary action.

D.     IBIs are personally responsible for their postings and all other online activity that relates to BE. Therefore, even if an IBI does not own or operate a blog or social media site, if an IBI makes a post that relates to BE or which can be traced to the Company, the IBI is responsible for the posting. IBIs are also responsible for postings which occur on any blog or social media site that the IBI owns, operates or controls. BE reserves the right to require the removal of non-compliant or infringing posts from any IBI's social media pages and may terminate the IBI Agreement of any IBI who materially or repeatedly breaches this section. Postings that are false, misleading or deceptive are strictly prohibited. This includes, but is s not limited to, false or deceptive postings relating to the BE, BE income opportunity, BE products, and/or IBI information and credentials. Further, IBIs SHALL NOT make any posting, or link to any posting or other material, that:

I.     Is sexually explicit, obscene, or pornographic;

II.    Is profane, hateful, threatening, defamatory, libelous, harassing or discriminatory in any way, shape or form;

III.   Is solicitous of any unlawful behavior;

# BE

IV.   Engages in personal attacks on any individual, group or entity;

V.   Is in violation of any intellectual property rights of the Company or any third party; or

VI.   Is not consistent with the standards as set forth in these Policies and Procedures.

E.   Anonymous postings or use of an alias on any social network or media site is prohibited, and offending IBIs will be subject to disciplinary action.

F.   IBIs may not use blog spam, spamdexing or any other mass-replicated methods to leave blog comments. Comments IBIs create or leave must be useful, unique, relevant and specific to the blog's article.

G.   IBIs must disclose their full name on all social network and media postings, and conspicuously identify themselves as an independent IBI for BE.

H.   As a BE IBI, it is important to not converse with any person who places a negative post against you, other IBIs, or BE. Report negative posts to the Company Compliance Department. Responding to such negative posts often simply fuels a discussion with someone carrying a grudge that does not hold themselves to the same high standards as BE, and therefore damages the reputation and goodwill of BE.

I.   The distinction between a social networking and/or media site and a third-party website may not be clear-cut. Because some social networking and/or media sites are particularly robust, BE therefore reserves the sole and exclusive right to classify certain sites as third-party websites and require that IBIs using, or who wish to use, such sites adhere to the BE's policies relating to third-party websites.

J.   If your BE business is cancelled for any reason, you must discontinue using the BE name, and all of BE's trademarks, trade names, service marks, and other intellectual property, and all derivatives of such marks and intellectual property, in any postings and all social websites that you utilize. If you post on any social website on which you have previously identified yourself as an independent BE IBI, you must conspicuously disclose that you are no longer an independent BE IBI.

K.   Failure to comply with these Policies for conducting business online may result in the IBI losing their right to advertise and market BE products, services and BE's sales opportunity online in addition to any other disciplinary action available under the Policies and Procedures.

## 9.6   Advertising and Promotional Materials

A.   You may not advertise any BE products or services at a price LESS or MORE than the company published, established retail price of ONE offering of the BE product or service plus shipping, handling and applicable taxes. No special enticement advertising is allowed. This includes, but is not limited to, offers of a free business, free shipping, or other such offers that grant advantages beyond those available through the Company.

27

## BE

B.      Advertising and all forms of communications must adhere to principles of honesty and propriety.

C.      All advertising, including, but not limited to, print, Internet, computer bulletin boards, television, radio, etc., are subject to prior written approval by the Company Compliance Department. Further, all requests for approval for advertising must be directed in writing to the Company Compliance Department.

D.      BE approval is not required to place blind ads that do not mention BE, its employees, any of its products, services, designs, symbols, programs, and trademarked, copyrighted, or otherwise protected materials. However, an IBI may not purchase (or encourage or solicit any third party to purchase) any term containing BE, its products, programs, trademarks, copyright and any other protected material as a meta-tag, keyword, paid search term, sponsored advertisement or sponsored link in markets in which Company conducts business.

E.      BE reserves the right to rescind its prior approval of submitted advertising or promotional materials in order to comply with changing laws and regulations, and may require the removal of such advertisements from the marketplace without obligation to the affected IBI.

### 9.7     Testimonial Permission

By signing the BE IBI Agreement, an IBI gives BE permission to use his or her testimonial or image and likeness in corporate sales materials, including but not limited to print media, electronic media, audio and video. In consideration of being allowed to participate in the BE sales opportunity, an IBI waives any right to be compensated for the use of his or her testimonial or image and likeness even though BE may be paid for items or sales materials containing such image and likeness. In some cases, an IBI's testimonial may appear in another IBI's advertising materials. If an IBI does not wish to participate in BE sales and marketing materials, he or she should provide a written notice to the BE Compliance Department to ensure that his or her testimonial or image and likeness will not be used in any corporate materials, corporate recognition pieces, advertising or recordings of annual events.

### 9.8     Telemarketing Limitations

A.      A BE IBI must not engage in telemarketing in relation to the operation of the IBI's BE business. The term "telemarketing" means the placing of one or more telephone calls to an individual or entity to induce the purchase of BE products or services, or to recruit them for the BE opportunity.

B.      The Federal Trade Commission ("FTC") and the Federal Communications Commission ("FCC") each have laws that restrict telemarketing practices. Both federal agencies, as well as a number of States have "do not call" regulations as part of their telemarketing laws.

C.      While an IBI may not consider himself or herself a "telemarketer" in the traditional sense, these regulations broadly define the term "telemarketer" and "telemarketing" so that the unintentional action of calling someone whose telephone number is listed on the Federal "Do Not Call" registry could cause the IBI to violate the law. These regulations must not be taken lightly, as they carry significant penalties (up to $11,000 per violation).

# BE

D.   "Cold calls" or "state-to-state calls" made to prospective Customers, or IBIs that promote either BE products, services or the BE opportunity is considered telemarketing and is prohibited.

E.   Exceptions to Telemarketing Regulations

A BE IBI may place telephone calls to prospective Customers, or IBIs under the following limited situations:

I.     If the IBI has an established business relationship with the prospect;

II.    In response to the prospect's personal inquiry or application regarding a product or service offered by the BE IBI, within three (3) months immediately before the date of such a call;

III.   If the IBI receives written and signed permission from the prospect authorizing the IBI to call;

IV.    If the call is to family members, personal friends, and acquaintances. However, if an IBI makes a habit of collecting business cards from everyone he/she meets and subsequently calls them, the FTC may consider this a form of telemarketing that is not subject to this exemption;

V.     BE IBIs engaged in calling "acquaintances," must make such calls on an occasional basis only and not as a routine practice.

F.   An IBI shall not use automatic telephone dialing systems in the operation of his or her BE businesses.

G.   Failure to abide by BE policies or regulations as set forth by the FTC and FCC regarding telemarketing may lead to sanctions against the IBI's business, up to and including termination of the business.

H.   By signing the IBI Agreement, or by accepting commission checks, other payments or awards from BE, an IBI gives permission to BE and other IBIs to contact them as permitted under the Federal Do Not Call regulations.

I.   In the event an IBI violates this section, BE reserves the right to institute legal proceedings to obtain monetary or equitable relief.

## 10.0   INTERNATIONAL MARKETING

### 10.1   International Marketing Policy

A.   A BE IBI is authorized to sell BE products and services, to Customers and IBIs only in the countries in which BE is authorized to conduct business, according to the Policies and Procedures of each country. BE IBIs may not sell products or services in any country where BE products and services have not received applicable government authorization or approval.

29

BE

B.    An IBI may not, in any unauthorized country, conduct sales, enrollment or training meetings, enroll or attempt to enroll potential Customers, or IBIs, nor conduct any other activity for the purpose of selling BE products and services, establishing a sales organization, or promoting the BE sales opportunity.

## 11.0    CHANGES TO AN INDEPENDENT BRAND INFLUENCER'S BE BUSINESS

### 11.1    Modification of the IBP Agreement

A BE IBI may modify his or her existing IBI Agreement (i.e., change a social security number to a Federal ID number, add a spouse or partner to the account, or change the form of ownership from an individual to a Business Entity owned by the IBI) by submitting a written request, accompanied by a new IBI Agreement and the Business Registration Form, if applicable, completed with fresh signatures (not a "crossed out" or "white-out" version of the first Agreement), and any appropriate supporting documentation. However, the acceptance of such modification shall be at the sole discretion of the BE. BE has right to object and not accept any modification of the IBI Agreement if it deems fit to do so considering its business and legal and regulatory compliance.

### 11.2    Change Sponsor or Placement for Active IBIs

A.    Maintaining the integrity of the organizational structure is mandatory for the success of BE and our independent IBIs. As such, under exceptional circumstances at the discretion of the Company, a request to change placement may only be made within the first 15 days of initial enrollment as an IBI. Furthermore, such changes may only occur within the same organization. BE has the sole right and direction to extend the time frame provided in this clause on case to case basis.

B.    Sponsors may make "Placement changes" from one IBI to another for personally Sponsored (frontline) IBIs during the first 15 days of enrollment. BE has the sole right and direction to extend the time frame provided in this clause on case to case basis.

C.    New IBIs or their original Sponsor may request a change of Sponsor or Placement within the first 15 days of enrollment for the purpose of structuring an organization. The new IBI Agreement must be received within the calendar month for commission calculations to be effective with the requested change.

D.    To change or correct the Sponsor, an IBI must comply with following procedures:

I.    Submit a Sponsor Placement Transfer Form;

II.    Submit a BE IBI Agreement showing the correct Sponsor and Placement, and any appropriate supporting documentation;

III.    The IBI Agreement must be a new, completed document bearing "fresh" signatures, not a "crossed-out" or "white-out" version of the first Agreement.

E.    Upon approval, the IBI's downline, if any, will transfer with the IBI.

# BE

F.  If one transfer has already been made a $200 fee will be assessed for the second and for each transfer thereafter.

G.  After the first 15 days from initial enrollment, BE will honor the Sponsor/Placement as shown:

   I.  On the most recently signed IBI Agreement on file; or

   II.  Self-enrolled on the website (i.e., electronically signed Agreement).

H.  BE retains the right to approve or deny any requests to change Sponsor or Placement, and to correct any errors related thereto at any time and in whatever manner it deems necessary.

## 11.3   Change Sponsor or Placement for Inactive IBIs

A.  At the discretion of BE, IBIs who remained inactive for a period of twelve (12) months, and who have not tendered a letter of resignation, are eligible to re-enroll in BE under the Sponsor/Placement of their choice.

B.  Upon written notice to BE that a former IBI wishes to re-enroll, BE will "compress" (close) the original account. A new BE ID number will then be issued to the former IBI.

C.  Such IBI does not retain former rank, downline, or rights to commission checks from his or her former organizations.

D.  BE reserves the right to correct Sponsor or Placement errors at any time and in whatever manner it deems necessary.

## 11.4   Unethical Sponsoring

A.  Unethical sponsoring activities include, but are not limited to, enticing, bidding or engaging in unhealthy competition in trying to acquire a prospect or new IBI from another IBI or influencing another IBI to transfer to a different sponsor.

D.  Allegations of unethical sponsoring must be reported in writing to the BE Compliance Department within the first 7 days of enrollment. If the reports are substantiated, BE may transfer the IBI or the IBI's downline to another sponsor, Placement or organization without approval from the current up-line Sponsor or Placement IBIs. BE remains the final authority in such cases.

E.  BE prohibits the act of "Stacking." Stacking is the unauthorized manipulation of the BE compensation system and/or the marketing plan in order to trigger commissions or cause a promotion off a downline IBI in an unearned manner. One example of stacking occurs when a Sponsor places participant under an inactive downline without his or her knowledge in order to trigger unearned qualification for commissioning. Stacking is unethical and unacceptable behavior, and as such, it is a punishable offense with measures up to and including the termination of the independent consultant positions of all individuals and/or entities found to be directly involved.

31

BE

F.     Should IBIs engage in solicitation and/or enticement of members of another direct sales company to sell or distribute BE products and services to, they bear the risk of being sued by the other direct sales company. If any lawsuit, arbitration, or mediation is brought against an IBI alleging that they engaged in inappropriate recruiting activity of another company's sales force or Customers, BE will not pay any of IBI's defence costs or legal fees, nor will BE indemnify the IBI for any judgment, award, or settlement.

**11.5    Sell, Assign or Delegate Ownership**

A.     In order to preserve the integrity of the hierarchical structure, it is necessary for BE to place restrictions on the transfer, assignment, or sale of a business.

B.     A BE IBI shall not sell or assign his or her rights or delegate his or her position as an IBI without *prior written approval* by BE. Any attempted sale, assignment, or delegation without such approval may be voided at the discretion of BE.

C.     Prior to Company approval, the selling IBI must first offer his or her position to his/her upline Sponsor. The Sponsor shall have three (3) business days in which to accept the offer. If Sponsor accepts the offer, he or she must provide the Company with written notice. If the Sponsor declines the offer, the selling IBI may offer the position to another buyer. BE shall have the final say to approve or deny the transfer or sale of position.

D.     Should the sale be approved by BE, the Buyer assumes the position of the Seller at the current qualified title, but at the current "paid as" rank, at the time of the sale and acquires the Seller's Downline.

E.     To request corporate authorization for a sale or transfer of a BE business, the following items must be submitted to the BE Compliance Department:

   I.      A Sale/Transfer of Business Form properly completed, with the requisite signatures.

   II.     A copy of the Sales Agreement signed and dated by both Buyer and Seller.

   III.    A BE IBI Agreement completed and signed by the Buyer.

   IV.    Payment of the $200 administration fee.

   V.     Any additional supporting documentation requested by BE.

F.     Any debt obligations that either Seller or Buyer may have with BE must be satisfied prior to the approval of the sale or transfer by BE.

G.     A BE IBI who sells his or her business is not eligible to re-enroll as a BE IBI in any organization for six (6) full calendar months following the date of the sale except as otherwise expressly set forth in these Policies and Procedures.

**11.6    Separating a BE Business**

# BE

A.   Pending a divorce or dissolution of a partnership or other business entity, the parties must adopt one of the following methods of operation:

    I.   One of the parties may, with the written consent of the other(s), operate the BE business whereby the relinquishing spouse, shareholders, partners, members or trustees authorize BE to deal directly and solely with the other spouse, non-relinquishing shareholder, partner, member or trustee;

    II.   The parties may continue to operate the BE business jointly on a "business as usual" basis, whereupon all compensation paid by BE will be paid in the name designated as the IBIs or in the name of the entity to be divided, as the parties may independently agree between them. If no name is stipulated, BE will pay compensation to the name on record and in such event, the IBI named on the account shall indemnify BE from any claims from the other business owner(s) or the other spouse with respect to such payment.

B.   BE recognizes only one Downline organization and will issue only one commission check per BE business per commission cycle. Under no circumstances will the Downline of an organization be divided, nor will BE split commission and/or bonus checks.

C.   If a relinquishing spouse, partner or owner of the business has completely relinquished ("Relinquishing Party"), in writing, all rights to the original BE business, he or she may immediately thereafter re-enroll under the Sponsor and Placement of his or her choice. In such cases, however, the Relinquishing Party shall have no rights to, and shall not solicit, any IBI or active Customer in the former organization, and must develop a new business in the same manner as any other new BE IBI.

## 11.7   Succession

A.   Upon the death or incapacity of an IBI, the IBI's business may be passed on to his or her legal successors in interest (successor). Whenever a BE business is transferred by will or other testamentary process, the successor acquires the right to collect all bonuses and commissions of the deceased IBI's sales organization. The successor must:

    I.   Complete and sign a new BE IBI Agreement;

    II.   Comply with the terms and conditions of the IBI Agreement; and

    III.   Meet all of the qualifications for the last rank achieved by the former IBI.

B.   Bonus and commission check of a BE business transferred based on this section will be paid in a single check to the successor. The successor must provide BE with an "address of record" to which all bonus and commission Payments will be sent. Payments will be based on the current performance of the business, not the highest rank or volume achieved.

C.   If the business is bequeathed to joint devisees (successors), they must form a business entity and acquire a Federal taxpayer identification number. BE will issue all bonus and commission payments and one 1099 Miscellaneous Income Tax form to the managing business entity only.

# BE

D.  Appropriate legal documentation must be submitted to BE Compliance Department to ensure the transfer is done properly. To affect a testamentary transfer of a BE business, the successor must provide the following to BE Compliance Department:

   I.   A certified copy of the death certificate; and

   II.  A notarized copy of the will or other appropriate legal documentation establishing the successor's right to the BE business.

E.  To complete a transfer of the BE business because of incapacity, the successor must provide the following to the BE Compliance Department:

   I.   A notarized copy of an appointment as trustee;

   II.  A notarized copy of the trust document or other appropriate legal documentation establishing the trustee's right to administer the BE business; and; and

   III. A completed IBI Agreement executed by the trustee.

F.  If the successor is already an existing IBI, BE will allow such IBI to keep his or her own business plus the inherited business active for up to six (6) months. By the end of the 6-month period, the IBI must have compressed (if applicable), sold or otherwise transferred either the existing business or the inherited business.

G.  If the successor wishes to terminate the BE business, he or she must submit a notarized statement stating the desire to terminate the business, along with a certified copy of the death certificate, appointment as trustee, and/or any other appropriate legal documentation.

H.  Upon written request, BE may grant a 1-month bereavement waiver and pay out at the last "paid as" rank.

**11.8  Resignation/Voluntary Termination**

A.  An IBI may immediately terminate his or her business by submitting a written notice or email to the BE Compliance Department. The written notice must include the following:

   I.   The IBI's intent to resign and date of resignation;

   II.  BE Identification Number and reason for resigning; and

   III. Signature.

B.  A BE IBI may not use resignation as a way to immediately change Sponsor and Placement. Instead, the IBI who has voluntarily resigned is not eligible to reapply for a business or have any financial interest in a or any BE business for six (6) months from the receipt of the written notice of resignation.

**11.9  Involuntary Termination**

34

BE

A.  BE reserves the right to terminate an IBI's business for, but not limited to, the following reasons:

    I.  Violation of any terms and conditions of the IBI Agreement;

    II.  Violation of any provision in these Policies and Procedures;

    III.  Violation of any provision in the Compensation Plan;

    IV.  Violation of any applicable law, ordinance, or regulation regarding the BE business;

    V.  Engaging in unethical business practices or violating standards of fair dealing; or

    VI.  Returning over $500 worth of products, services and/or sales tools for a refund within a twelve (12) month period.

B.  BE will notify the IBI in writing, at his or her last known home address or e-mail address of its intent to terminate the IBI's business and the reasons for termination.

C.  If the IBI wishes to provide documentation to appeal Company's decision, IBI must do so within three (3) business days from the date of termination notice. Company shall then make a decision on whether or not to rescind termination.

D.  If the termination is not rescinded, the termination will be effective as of the date of the original termination notice by BE. The former IBI shall thereafter be prohibited from using the names, marks or signs, labels, stationery, advertising, or business material referring to or relating to any BE products or services. BE will notify the active Upline Sponsor within ten (10) days after termination. The organization of the terminated IBI will "roll up" to the active Upline Sponsor on record.

E.  The BE IBI who is involuntarily terminated by BE may not reapply for a business, either under his or her present name or any other name or entity, ***without the express written consent of an officer of BE following a review by the BE Compliance Committee***. In any event, such IBI may not re-apply for a business for twelve (12) months from the date of termination.

**11.10  Effect of Cancellation**

A.  Following an IBI's cancellation for inactivity or voluntary or involuntary termination (collectively, a "cancellation") such IBI:

    I.  Shall have no right, title, claim or interest to any commission or bonus from the sales generated by the IBI's former organization or any other payments in association with the IBI's former independent business;

    II.  Effectively waives any and all claims to property rights or any interest in or to the IBI's former Downline organization; and

# BE

III.   Shall receive commissions and bonuses only for the last full pay period in which he or she was active prior to cancellation, less any amounts withheld during an investigation preceding an involuntary cancellation, and less any other amounts owed to BE.

## 12.0   WARRANTIES AND LIMITATIONS OF LIABILITY

### 12.1   Warranty; Disclaimer

BE warrants to IBIs that the Company products as and when delivered by BE shall be free from material defects. BE's sole obligation to IBIs, and IBIs' sole and exclusive remedy, for breach of this warranty shall be to return any defective Company products and receive a replacement or refund as described in Section 6. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, BE HEREBY DISCLAIMS ALL OTHER WARRANTIES WITH RESPECT TO THE COMPANY PRODUCTS, THE SALES PROGRAM, COMPANY MARKETING MATERIALS, COMPANY BUSINESS SUPPLIES, AND ANY OTHER SUBJECT MATTER OF THE INDEPENDENT BRAND INFLUENCER AGREEMENT, WHETHER EXPRESS, IMPLIED OR STATUTORY, INCLUDING ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, NONINFRINGEMENT, ACCURACY OR COMPLETENESS OF CONTENT, RESULTS, LACK OF NEGLIGENCE OR LACK OF WORKMANLIKE EFFORT, AND CORRESPONDENCE TO DESCRIPTION.

### 12.2   Limitation of Liability

NOTWITHSTANDING ANYTHING HEREIN TO THE CONTRARY OR ANY FAILURE OF ESSENTIAL PURPOSE, IN NO EVENT SHALL **BE** (INCLUDING ANY OF ITS RELATED PARTIES (AS DEFINED IN SECTION 14) BE LIABLE TO THE INDEPENDENT BRAND INFLUENCER FOR ANY SPECIAL, INCIDENTAL, INDIRECT, PUNITIVE OR EXEMPLARY, OR CONSEQUENTIAL DAMAGES OF ANY KIND OR NATURE, HOWEVER CAUSED, ARISING OUT OF OR RELATED TO THE INDEPENDENT BRAND INFLUENCER AGREEMENT OR THE SUBJECT MATTER HEREOF (INCLUDING BUT NOT LIMITED TO THE COMPANY PRODUCTS, THE PROGRAM, COMPANY MARKETING MATERIALS OR COMPANY BUSINESS SUPPLIES), WHETHER SUCH LIABILITY IS ASSERTED ON THE BASIS OF CONTRACT, TORT OR OTHER THEORY OF LIABILITY (INCLUDING BUT NOT LIMITED TO NEGLIGENCE OR STRICT LIABILITY), OR OTHERWISE, EVEN IF **BE** (OR ANY OF ITS RELATED PARTIES) HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN JURISDICTIONS THAT DO NOT GIVE EFFECT TO LIMITED LIABILITY OR EXCULPATORY CLAUSES, THIS PROVISION IS NOT APPLICABLE. IN JURISDICTIONS THAT ALLOW FOR EXCULPATORY OR LIMITED LIABILITY CLAUSES IN A LIMITED MANNER, THIS PROVISION IS APPLICABLE TO THE FULLEST EXTENT ALLOWED BY THE LAW OF SUCH JURISDICTION.

## 13.0   DISCIPLINARY SANCTIONS

### 13.1   Imposition of Disciplinary Action - Purpose

It is the spirit of BE that integrity and fairness should pervade among its IBIs, thereby providing everyone with an equal opportunity to build a successful business. Therefore, BE reserves the right to impose disciplinary sanctions at any time, when it has determined that an IBI has violated the Agreement or any

36

BE

of these Policies and Procedures or the Compensation Plan as they may be amended from time to time by BE.

**13.2    Consequences and Remedies of Breach**

    A.    Disciplinary actions may include one or more of the following:

        I.    Monitoring an IBI's conduct over a specified period of time to assure compliance;

        II.    Issuance of a written warning or requiring the IBI to take immediate corrective action;

        III.    Imposition of a fine (which may be imposed immediately or withheld from future commission payments) or the withholding of commission payments ("Commission Hold") until the matter causing the Commission Hold is resolved or until BE receives adequate additional assurances from the IBI to ensure future compliance;

        IV.    Suspension from participation in Company or IBI events, rewards, or recognition;

        V.    Suspension of the BE IBI Agreement and business for one or more pay periods;

        VI.    Involuntary termination of the IBI's Agreement and business;

        VII.    Any other measure which BE deems feasible and appropriate to justly resolve injuries caused by the IBI's Policy violation or contractual breach; OR

        VIII.    Legal proceedings for monetary or equitable relief.

## 14.0    GRIEVANCES & DISPUTE RESOLUTION

**14.1    Grievances**

    A.    If a BE IBI has a grievance or complaint against another IBI regarding any practice or conduct relating to their respective BE businesses, he or she is encouraged to resolve the issue directly with the other party. If an agreement cannot be reached, it must be reported directly to the BE Compliance Department as outlined below in this Section.

    B.    The BE Compliance Department will be the final authority on settling such grievance or complaint and its written decision shall be final and binding on the IBIs involved.

    C.    BE will confine its involvement to disputes regarding BE business matters only. BE will not decide issues that involve personality conflicts or unprofessional conduct by or between IBIs outside the context of a BE business. These issues go beyond the scope of BE and may not be used to justify a Sponsor or Placement change or a transfer to another BE organization.

    D.    BE does not consider, enforce, or mediate third party agreements between IBIs, nor does it provide names, funding, or advice for obtaining outside legal counsel.

BE

E.    Process for Grievances:

    I.    The BE IBI should submit a written letter of complaint or shall sent an email from their official registered email address with BE directly to the BE Compliance Department. The letter shall set forth the details of the incident as follows:

        a.    The nature of the violation;
        b.    Specific facts to support the allegations;
        c.    Dates and numbers of occurrences;
        d.    Persons involved; and
        e.    Supporting documentation.

    II.   Upon receipt of the written complaint, BE will conduct an investigation according to the following procedures:

        a.    The Compliance Department will send an acknowledgment of receipt to the complaining IBI.
        b.    The Compliance Department will provide a verbal or written notice of the allegation to the IBI under investigation. If a written notice is sent to the IBI, he or she will have two (2) days from the date of the notification letter to present all information relating to the incident for review by BE.
        c.    The Compliance Department will thoroughly investigate the complaint, consider all the submitted information it deems relevant, including information from collateral sources. Due to the unique nature of each situation, determinations of the appropriate remedy will be on a case-by-case basis, and the length of time to reach a resolution will vary.
        d.    During the course of the investigation, the Compliance Department will only provide periodic updates simply stating that the investigation is ongoing. No other information will be released during this time. IBI calls, letters, and requests for "progress reports" during the course of the investigation will not be answered or returned.

E.    BE will make a final decision and timely notify the BE IBIs involved.

**14.2   Dispute Resolution**

A.    THIS PROVISION CONTAINS AN AGREEMENT THAT AFFECTS HOW CLAIMS AN INDEPENDENT BRAND INFLUENCER MAY HAVE AGAINST BE, OR CLAIMS BE MAY HAVE AGAINST AN INDEPENDENT BRAND INFLUENCER, WILL BE RESOLVED.

THE PARTIES UNDERSTAND AND AGREE THAT THE DISPUTE RESOLUTION AGREEMENT IN THIS SECTION OPERATES AS A SEPARATE AND DISTINCT AGREEMENT THAT IS SEVERABLE FROM THE REMAINDER OF THE INDEPENDENT BRAND INFLUENCER AGREEMENT AND IS ENFORCEABLE REGARDLESS OF THE ENFORCEABILITY OF ANY OTHER PROVISION OF THE INDEPENDENT BRAND INFLUENCER

**BE**

AGREEMENT OR THE INDEPENDENT BRAND INFLUENCER AGREEMENT AS A WHOLE.

CONSIDERATION FOR THIS DISPUTE RESOLUTION AGREEMENT INCLUDES, WITHOUT LIMITATION, THE PARTIES' MUTUAL AGREEMENT TO ARBITRATE CLAIMS. THE PARTIES FURTHER UNDERSTAND AND AGREE THAT THE UNENFORCEABILITY OF THE INDEPENDENT BRAND INFLUENCER AGREEMENT IN WHOLE OR IN PART SHALL NOT SUPPORT A FINDING THAT THE DISPUTE RESOLUTION AGREEMENT IN THIS SECTION IS UNENFORCEABLE. THE FEDERAL ARBITRATION ACT ("FAA") SHALL GOVERN THE DISPUTE RESOLUTION AGREEMENT IN THIS SECTION WITHOUT GIVING EFFECT TO ANY STATE LAW TO THE CONTRARY.

Any controversy, claim or dispute of whatever nature arising between IBI, on the one hand, and BE and/or the Related Parties (as defined below), on the other, including but not limited to those arising out of or relating to the IBI Agreement including these Policies and Procedures or the breach thereof, the sale, purchase or use of the BE products/services, or the commercial, economic or other relationship of IBI and Company and/or the Related Parties (for purposes of this Section, each a "party"), whether such claim is based on rights, privileges or interests recognized by or based upon statute, contract, tort, common law or otherwise ("Dispute"), and any Dispute as to the arbitrability of a matter under this provision, shall be settled through arbitration, as provided herein.

B.    Arbitration. Any Dispute not resolved in writing by negotiation between the Parties shall be subject to and shall be settled exclusively by final, binding arbitration before a single arbitrator or, for Disputes in excess of $2 million, a panel of three arbitrators, in Wilmington, Delaware, in accordance with the then-prevailing Comprehensive Arbitration Rules of JAMS, Inc.

No party may commence Arbitration with respect to any Dispute unless that party has pursued negotiation, provided, however, that no party shall be obligated to continue to participate in negotiation if the parties have not resolved the Dispute in writing within ten (10) Days after the Dispute Notice was provided to any party or such longer period as may be agreed by the parties.

The parties understand and agree that if the arbitrator or arbitral panel awards any relief that is inconsistent with the Limitation of Liability provision in this Section herein, such award exceeds the scope of the arbitrator's or the arbitral panel's authority, and any party may seek a review of the award in the exclusive jurisdiction and venue of the courts of the State of Delaware residing in the City of Wilmington.

Notwithstanding the foregoing, venue and jurisdiction for any claims or disputes arising under or relating to the IBI Agreement brought by residents of Louisiana shall be established pursuant to Louisiana law.

The Seat and Venue for the arbitration shall be Delaware, USA.

BE

C.   Class Action Waiver. THE NEGOTIATION, MEDIATION OR ARBITRATION AND LITIGATION OF ANY DISPUTE SHALL BE LIMITED TO INDIVIDUAL RELIEF ONLY AND SHALL NOT INCLUDE CLASS, COLLECTIVE OR REPRESENTATIVE RELIEF. IN ANY ARBITRATION OR LITIGATION OF A DISPUTE, THE ARBITRATOR OR ARBITRAL PANEL SHALL ONLY HAVE THE POWER TO AWARD INDIVIDUAL RELIEF AND SHALL NOT HAVE THE POWER TO AWARD ANY CLASS, COLLECTIVE OR REPRESENTATIVE RELIEF. THE PARTIES UNDERSTAND AND AGREE THAT EACH IS WAIVING THE RIGHT TO TRIAL BY JURY OR TO PARTICIPATE IN A CLASS, COLLECTIVE OR OTHER REPRESENTATIVE ACTION.

D.   Although the IBI Agreement is made and entered into between IBI and BE, BE affiliates, owners, members, managers and employees ("Related Parties") are intended third-party beneficiaries of the IBI Agreement for purposes of the provisions of the IBI Agreement referring specifically to them, including this agreement to negotiate and arbitrate. The parties acknowledge that nothing contained herein is intended to create any involvement by, responsibility of, or liability for, the Related Parties with respect to any dealings between IBI and BE, and the parties further acknowledge that nothing contained herein shall be argued by either of them to constitute any waiver by the Related Parties of any defense which Related Parties may otherwise have concerning whether they can properly be made a party to any dispute between the other parties.

E.   To the fullest extent allowed by law: (i) the costs of arbitration, including fees and expenses of any arbitrator, and JAMS, or other persons shall be shared in equal measure by IBI, on the one hand, and Company and any Related Parties involved on the other; and (ii) the arbitrator or arbitral panel or, in the case of provisional or equitable relief or to challenge an award that exceeds arbitral authority as described in this Section, the court, shall award reasonable costs and attorneys' fees to the person or entity that the arbitrator, arbitral panel, or court finds to be the prevailing party; provided, however, that if fees are sought under a statute or rule that sets a different standard for awarding fees or cots, then that statute or rule shall apply.

F.   Nothing in these Policies and Procedures shall prevent BE from applying for or obtaining from any court having jurisdiction a writ of attachment, a temporary injunction, preliminary injunction, permanent injunction, or other relief available to safeguard and protect BE interests or its Confidential Information prior to, during or following the filing of an arbitration or other proceeding, or pending the rendition of a decision or award in connection with any arbitration or other proceeding.

G.   Any party may seek specific performance of this section, and any party may seek to compel each other party to comply with this section by petition to any court of competent jurisdiction.

ANY AMENDMENT BY BE TO THE DISPUTE RESOLUTION AGREEMENT IN THIS SECTION SHALL ONLY TAKE EFFECT UPON AN INDEPENDENT BRAND INFLUENCER'S EXPRESS AGREEMENT TO SUCH AMENDMENT.

AN INDEPENDENT BRAND INFLUENCER MAY INDICATE HER OR HIS AGREEMENT TO SUCH PROPOSED AMENDMENT BY FOLLOWING THE INSTRUCTIONS THAT WILL APPEAR WHEN LOGGING IN TO THE BE

BE

CORPORATE WEBSITE OR, THE INDEPENDENT BRAND INFLUENCER'S REPLICATED WEBSITE.

BE MAY TERMINATE THE INDEPENDENT BRAND INFLUENCER AGREEMENT OF ANY INDEPENDENT BRAND INFLUENCER WHO DOES NOT AGREE TO A PROPOSED AMENDMENT TO THE DISPUTE RESOLUTION AGREEMENT IN THIS SECTION WITHIN SEVEN (07) DAYS AFTER THE EFFECTIVE DATE OF THE AMENDMENT. ANY SUCH AMENDMENT SHALL APPLY TO ALL CLAIMS BROUGHT BY BE OR THE INDEPENDENT BRAND INFLUENCER ON OR AFTER THE EFFECTIVE DATE OF THE AMENDMENT, REGARDLESS OF THE DATE OF OCCURRENCE OR ACCRUAL OF ANY FACTS UNDERLYING SUCH CLAIM.

## 15.0   MISCELLANEOUS

### 15.1   Severability

If any provision of these Policies and Procedures is found to be invalid, or unenforceable for any reason, only the invalid provision shall be severed. The remaining terms and provisions hereof shall remain in full force and shall be construed as if such invalid or unenforceable provision never had comprised a part of these Policies and Procedures.

### 15.2   Waiver

A.   Only an executive officer of BE (like a CEO or a President) can, in writing, affect a waiver of the BE Policies and Procedures. BE's waiver of any particular breach by an IBI shall not affect BE's rights with respect to any subsequent breach, nor shall it affect the rights or obligations of any other IBI.

B.   The existence of any claim or cause of action of an IBI against BE shall not constitute a defense to BE's enforcement of any term or provision of these Policies and Procedures.

## 16.0   GOVERNING LAW

The IBI Agreement, which includes these Policies and Procedures, is to be construed in accordance with and governed by the laws of Delaware, without regard to its choice of law principles, and the Federal Arbitration Act shall govern the IBI Agreement's Dispute Resolution Agreement, which is found in Section 14 of these Policies and Procedures, without giving effect to any state law to the contrary.

## 17.0   PROHIBITION OF BRIBERY AND ENTICEMENTS:

We are proud that we conduct business to the highest ethical standards. We make no exceptions to this. We take this approach not just because it is our policy to comply with the law in all our operations and in all the places where we conduct business, but because we believe that this is the right way to conduct business.

BE and its related companies and partners prohibit bribery or enticement by their IBIs, directors, officers, employees, agents and all persons conducting business with or on behalf of the BE, in any form and whether direct or indirect.

# BE

This section requires that you comply strictly with all laws and regulations that are applicable in all the jurisdictions where BE conducts its business.

We encourage people, IBIs and Customers who deal with us to raise with our Compliance Department any concerns they may have that those representing us may not be using the highest ethical standards in connection with our business.

## 18.0    PENALTY AND FINES:

A        For breach of any provision of this Agreement, BE has the absolute directions to put a penalty or a fine on the defaulting IBI which shall be in exclusion of any other remedy that BE might seek under the applicable Agreement, laws, regulations, torts or in equity. BE has the right to put a fine of at least 1,000 USD on IBIs with life time highest rank of Emerald or below, and 5,000 USD fine on IBIs with life time highest rank of Diamond or Presidential Diamond and any IBI with life time highest rank above Presidential Diamond might be subject to a fine of not less than 10,000 USD. A separate fine or penalty will be levied for each occurrence of breach of this Agreement.

B        BE has the right and discretion to take strict actions against any IBI if BE finds that the said IBI is directly or indirectly involved in any fraud, chargebacks, refunds or activities that harm BE business etc initiated by his/her upline or downline.

## 19.0    BE GLOSSARY OF TERMS

ACTIVE INDEPENDENT BRAND INFLUENCER: An IBI who satisfies the minimum volume requirements, as set forth in the Compensation Plan, to ensure that they are eligible to receive bonuses and commissions.

AGREEMENT: The contract between the Company and each IBI; includes the IBI Agreement, the BE Policies and Procedures, Privacy Policy, Terms of Use, Spam Policy etc and the BE Compensation Plan, all in their current form and as amended by BE in its sole discretion. These documents are collectively referred to as the "Agreement."

CANCEL: The termination of an IBI's business. Cancellation may be either voluntary, involuntary, or through non-renewal.

COMPENSATION PLAN: The guidelines and referenced literature for describing how IBIs can generate commissions and bonuses.

CUSTOMER: A Customer who purchases BE products and does not engage in building a business or retailing product.

INDEPENDENT BRAND INFLUENCER (IBI): An individual who purchases product, generates retail sales and business building commissions.

LINE OF SPONSORSHIP (LOS): A report generated by BE that provides critical data relating to the identities of IBIs, sales information, and enrollment activity of each IBI's organization. This report contains confidential and trade secret information which is proprietary to BE.

ORGANIZATION: The Customers and IBIs placed below a particular IBI.

# BE

OFFICIAL BE MATERIAL: Literature, audio or video tapes, and other materials developed, printed, published, and distributed by BE to IBIs.

PLACEMENT: Your position inside your Sponsor's organization.

RECRUIT: For purposes of BE's Conflict of Interest Policy, the term "Recruit" means the actual or attempted solicitation, enrollment, encouragement, or effort to influence in any other way, either directly, indirectly, or through a third party, another BE IBI or Customer to enrol or participate in another multilevel marketing, network marketing, or direct sales opportunity.

RESALABLE: Products shall be deemed "resalable" if each of the following elements is satisfied: 1) they are unopened and unused, 2) original packaging and labelling has not been altered or damaged, 3) they are in a condition such that it is a commercially reasonable practice within the trade to sell the merchandise at full price, and 4) the product contains current BE labelling. Any merchandise that is clearly identified at the time of sale as nonreturnable, discontinued, or as a seasonal item, shall not be resalable.

SPONSOR: A IBI who enrolls a Customer, Retailer, or another IBI into the Company, and is listed as the Sponsor on the IBI Agreement. The act of enrolling others and training them to become IBIs is called "sponsoring."

UPLINE: This term refers to the IBI or IBIs above a particular IBI in a sponsorship line up to the Company. It is the line of sponsors that links any particular IBI to the Company.