# IN THE UNITED DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

_____        )
_____        )
_____        )
_____        )
_____,       )
                                              )
      **Plaintiff(s),**         )
                                              )
v.                                            )
                                              )
_____        )   **Civil Action No.** _____
_____        )
_____        )
_____,       )
                                              )
      **Defendant(s)/**         )
      **Third-Party Plaintiff(s),**  )
                                              )
v.                                            )
                                              )
_____        )
_____        )
_____        )
_____,       )
                                              )
      **Third-Party Defendant(s).**  )
_____        )

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, _____,
                                                                                                    (type of party)
who is _____, makes the following disclosure:
                  (name of party)

☐ YES ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

_____

_____

_____

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

_____
_____
_____
_____

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

_____
Signature of Counsel for Party

Date: _____