IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

|  |  |
|---|---|
| MWC LIVING, LLC, a Delaware limited liability company and MELIORSE, LLC, a Delaware limited liability company,<br><br>Petitioners,<br><br>vs.<br><br>ECONOMIC ALPHA, LLC, a Florida Limited liability company,<br><br>Respondent. | Case No. 3:21-cv-01067-HES-LLL |

## STIPULATION FOR DIMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiffs, MWC LIVING, LLC and MELIORSE, LLC, and Defendant, ECONOMIC ALPHA, LLC, stipulate for this Court to enter an order dismissing the case with prejudice.  Each party shall bear their own attorney's fees and costs.

/s/Alan J. Perlman
Alan J. Perlman, Esq.
Florida Bar No. 15037
Dickinson Wright PLLC
350 E. Las Olas Blvd., #1750
Ft. Lauderdale, FL 33301
Telephone: (954) 991-5420

/s/ Tyler Oldenburg
Tyler J. Oldenburg
Florida Bar No. 91566
Marks Gray, P.A.
Post Office Box 447
Jacksonville, FL 32201
Telephone: 904-398-0900

| | |
|---|---|
| Facsimile:  (844) 670-6009 | Facsimile:  904-399-8440 |
| aperlman@dickinson-wright.com | tjo@marksgray.com |
| **Attorney for Plaintiffs** | **Attorney for Defendant Economic Alpha, LLC** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 13, 2023, the foregoing document was submitted for filing to the Clerk of the Court by using the Court's Case Management/Electronic Case Filing ("CM/ECF") System which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Tyler J. Oldenburg*
Tyler J. Oldenburg, Esquire
Florida Bar No.:    0091566
Post Office Box 447
Jacksonville, FL  32201
Telephone:  (904) 398-0900
Facsimile:   (904) 399-8440
E-mail: tjo@marksgray.com
          jlp@marksgray.com
Attorneys for Defendant

-2-